**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RADIANSE, INC.** )<br>)<br>Defendant. ) | Civil Action No. 04-1231 (SLR) |

**STIPULATED AMENDMENT TO SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by counsel for the parties, subject to the approval of the Court, that the Scheduling Order entered by the Court on November 29, 2004, shall be amended as follows:

1. Paragraph 2(b)(1) of the Scheduling Order is amended to provide that the parties shall complete document production on or before April 29, 2005.

2. Paragraph 3 of the Scheduling Order is amended to provide that all motions to join other parties and amend the pleadings shall be filed on or before March 25, 2005.

3. All discovery requests served prior to the Mediation conference held on February 23, 2005, shall be responded to on or before March 25, 2005.

DATE: March 2, 2005

| | |
|---|---|
| /s/ James M. Lennon | /s/ John W. Shaw |
| George Pazuniak (DE #478) | Josy W. Ingersoll (#1088) |
| gpazuniak@cblh.com | jingersoll@ycst.com |
| Gerard M. O'Rourke (DE #3265) | John W. Shaw (#3362) |
| gorourke@cblh.com | jshaw@ycst.com |
| James M. Lennon (DE#4570) | YOUNG CONAWAY STARGATT |
| jlennon@cblh.com | & TAYLOR  LLP |
| CONNOLLY BOVE LODGE & HUTZ LLP | The Brandywine Building |
| The Nemours Building – 8th Floor | 1000 West Street, 17th Floor |
| 1007 North Orange Street | P.O. Box 391 |
| P.O. Box 2207 | Wilmington, DE 19899-0391 |
| Wilmington, DE 19899-2207 | (302) 571-6600 |
| (302) 658-9141 | |
| | Sibley P. Reppert |
| *Counsel for Plaintiff,* | spr@lahive.com |
| *Versus Technology, Inc.* | William A. Scofield, Jr. |
| | was@lahive.com |
| | LAHIVE & COCKFIELD |
| | 28 State Street |
| | Boston, MA 02109-1784 |
| | (617) 227-7400 |
| | |
| | *Counsel for Defendant,* |
| | *Radianse, Inc.* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2005, I electronically filed this STIPULATED AMENDMENT TO SCHEDULING ORDER with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Josy W. Ingersoll (#1088)
    jingersoll@ycst.com
    John W. Shaw (#3362)
    jshaw@ycst.com
    YOUNG CONAWAY STARGATT
    & TAYLOR  LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600

    *Counsel for Defendant, Radianse, Inc.*

      I hereby certify that on March 2, 2005, I electronically mailed the documents to the following non-registered participants:

    Sibley P. Reppert
    spr@lahive.com
    William A. Scofield, Jr.
    was@lahive.com
    LAHIVE & COCKFIELD
    28 State Street
    Boston, MA 02109-1784
    (617) 227-7400

    *Co-Counsel for Defendant, Radianse, Inc.*

                /s/ **James M. Lennon**
                CONNOLLY BOVE LODGE & HUTZ LLP
                The Nemours Building – 8th Floor
                1007 North Orange Street
                P.O. Box 2207
                Wilmington, DE 19899-2207
                (302) 658-9141
                jlennon@cblh.com

383785