IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231-SLR |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS Counsel for Defendant Radianse, Inc. has moved the Court to amend the Scheduling Order entered on November 29, 2004, to lift the stay of discovery regarding Radianse's counterclaim for tortious interference with economic relationships, as set forth in paragraph 2.(e)(7) of that order; and

Upon consideration of Defendant's motion and the other papers that have been filed in this action;

IT IS HEREBY ORDERED that:

The November 29, 2004 Scheduling Order is amended to lift the stay of discovery regarding Radianse's counterclaim for tortious interference with economic relationships.

SO ORDERED, this _____ day of _____, 2005.

_____
Chief Judge