IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231-SLR |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, Josy W. Ingersoll, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant Radianse, Inc. has made a reasonable effort to reach agreement with counsel for Plaintiff Versus Technology, Inc. on the matters set forth in the foregoing motion. Specifically, counsel for Defendant unsuccessfully attempted by teleconference on March 11, 2005, to reach agreement with counsel for Plaintiff.

_____
Josy W. Ingersoll (No.1088)

Dated: March 21, 2005