IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADIANSE, INC. <br><br> Defendant. | Civil Action No. 04-1231 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following document: **Versus's Second Set of Requests for Production of Documents and Things (No. 54)** were served upon the following attorneys of record in the manner indicated on March 23, 2005.

**BY HAND**
Josy W. Ingersoll
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY ELECTRONIC MAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

 /s/ James M. Lennon
George Pazuniak (#478)
Gerard M. O'Rourke (#3265)
James M. Lennon (#4570)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271

*Attorney for Plaintiff, Versus Technology, Inc.*

DATED:  March 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

Counsel for Defendant, Radianse, Inc.

    I hereby certify that on March 23, 2005, I electronically mailed the documents to the following non-registered participants:

Sibley P. Reppert
spr@lahive.com
William A. Scofield, Jr.
was@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

Co-Counsel for Defendant, Radianse, Inc.

                                                             /s/ James M. Lennon
                                                             George Pazuniak (#478)
                                                             Gerard M. O'Rourke (#3265)
                                                             James M. Lennon (#4570)
                                                             The Nemours Building
                                                             1007 North Orange Street
                                                              P.O. Box 2207
                                                             Wilmington, DE 19899
                                                             (302) 888-6271
                                                            *Attorney for Plaintiff, Versus Technology, Inc.*

DATED: March 23, 2005