IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 04-1231 (SLR) |
| ) | |
| **RADIANSE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

PLAINTIFF'S MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15, Federal Rules of Civil Procedure, plaintiff Versus Technology, Inc. ("Versus") hereby moves to amend its initial and only Complaint in this matter (D.I. 1) to add FreshLoc Technologies, Inc. ("FreshLoc") as an involuntary plaintiff. Freshloc, is the owner of two of the four patents in suit. Versus, as the exclusive licensee of the two patents in suit owned by Freshloc, is entitled to add Freshloc as an involuntary plaintiff. *Independent Wireless Telegraph Co. v. Radio Corporation of America*, 269 U.S. 459, 469 (1926). ("If the owner of a patent, being within the jurisdiction, refuses or is unable to join an exclusive licensee as coplaintiff, the licensee may make him a party defendant by process, and he will be lined up by the court in the party character which he should assume."); *Brunswick Corp. v. U.S.*, 22 Cl.Ct. 278, 288 (Cl.Ct.1991) (*citing Independent Wireless*) ("where a patent owner outside the jurisdiction of the court has notice of an infringement suit brought by its exclusive licensee, but refuses to join, the patent owner should be made an involuntary plaintiff.").

- 2 -

Pursuant to Local Rule 15.1, duplicate copies of the proposed Amended Complaint are attached hereto as Exhibit 1. Pursuant to Local Rule 3.2 copies of the patents in suit are attached hereto as Exhibits A-D to the Amended Complaint. Further pursuant to Local Rule 15.1, a redline version showing the changes from Versus's initial Complaint is attached hereto as Exhibit 2.

Defendant, Radianse, Inc. does not oppose this motion.

                                    Respectfully submitted,

                                    **CONNOLLY BOVE LODGE & HUTZ, LLP**

DATED: March 25, 2005        /s/ James M. Lennon
                                        George Pazuniak (#478)
                                        Gerard M. O'Rourke (#3265)
                                        James M. Lennon (#4570)
                                        The Nemours Building
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE  19899
                                        (302) 888-6271

                                        *Attorneys for plaintiff, Versus Technology, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2005, I electronically filed this MOTION FOR LEAVE TO FILE AMENDED COMPLAINT with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT
& TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Counsel for Defendant, Radianse, Inc.*

I hereby certify that on March 2, 2005, I electronically mailed the documents to the following non-registered participants:

Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400
*Co-Counsel for Defendant, Radianse, Inc.*

                                     s/ James M. Lennon
                                     James M. Lennon (#4570)
                                     **CONNOLLY BOVE LODGE & HUTZ, LLP**
                                     The Nemours Building
                                     1007 North Orange Street
                                     P.O. Box 2207
                                     Wilmington, DE 19899
                                     (302) 888-6271
                                     *Attorney for plaintiff, Versus Technology, Inc.*

388265