**EXHIBIT 3**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**RADIANSE, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1231 (SLR) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, James M. Lennon, Esquire, hereby certify, pursuant to Local Rule 7.1.1, that counsel for plaintiff, Versus Technology, Inc. reached agreement with counsel for Defendant, Radianse, Inc. on the matters set forth in the foregoing motion. Specifically, counsel for both parties have agreed that the foregoing motion by will not be opposed.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

DATED: March 25, 2005

 s/ James M. Lennon
George Pazuniak (#478)
Gerard M. O'Rourke (#3265)
James M. Lennon (#4570)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271

*Attorneys for plaintiff, Versus Technology, Inc.*