**EXHIBIT 4**

I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 04-1231 (SLR) |
| ) | |
| **RADIANSE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE AMENDED COMPLAINT**

The Court, having reviewed plaintiff Versus Technology, Inc.'s ("Versus") "Motion For Leave to File Amended Complaint" (the "Motion"), and being otherwise duly informed, hereby

ORDERS, this ____ day of _____, 2005, that the Motion is GRANTED, and the Amended Complaint attached to the Motion shall be deemed filed with the Clerk of the Court as of the date of this Order.

_____
Hon. Sue L. Robinson
Chief Judge, United States District Court
District of Delaware