IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**RADIANSE, INC.,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 04-1231 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of the following documents: **Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents and Things; Plaintiff's Responses to Defendant's First Set of Requests for Admission; and Plaintiff's Responses to Defendant's First Set of Interrogatories** were served upon the following attorneys of record in the manner indicated on March 25, 2005.

| **BY HAND** | **BY ELECTRONIC MAIL** |
|---|---|
| Josy W. Ingersoll | Sibley P. Reppert |
| John W. Shaw | William A. Scofield, Jr. |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | LAHIVE & COCKFIELD |
| The Brandywine Building | 28 State Street |
| 1000 West Street, 17th Floor | Boston, MA 02109-1784 |
| P.O. Box 391 | |
| Wilmington, Delaware 19899-0391 | |

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

/s/ James M. Lennon
George Pazuniak (#478)
Gerard M. O'Rourke (#3265)
James M. Lennon (#4570)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6271

DATED: March 25, 2005     *Attorney for plaintiff, Versus Technology, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 25, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

 Josy W. Ingersoll (#1088)
 jingersoll@ycst.com
 John W. Shaw (#3362)
 jshaw@ycst.com
 YOUNG CONAWAY STARGATT & TAYLOR LLP
 The Brandywine Building
 1000 West Street, 17th Floor
 Wilmington, DE 19899-0391
 (302) 571-6600

 Counsel for Defendant, Radianse, Inc.

 I hereby certify that on March 25, 2005, I electronically mailed the documents to the following non-registered participants:

 Sibley P. Reppert
 spr@lahive.com
 William A. Scofield, Jr.
 was@lahive.com
 LAHIVE & COCKFIELD
 28 State Street
 Boston, MA 02109-1784
 (617) 227-7400

 Co-Counsel for Defendant, Radianse, Inc.

           /s/ James M. Lennon
           George Pazuniak (#478)
           Gerard M. O'Rourke (#3265)
           James M. Lennon (#4570)
           The Nemours Building
           1007 North Orange Street
           P.O. Box 2207
           Wilmington, DE 19899
           (302) 888-6271
DATED: March 25, 2005      *Attorney for plaintiff, Versus Technology, Inc.*