IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231--SLR |
| | ) | |
| RADIANSE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Radianse, Inc., hereby certify that copies of (i) Radianse, Inc.'s Second Set Of Requests For Documents And Things and, (ii) this Notice of Service were caused to be served on March 31, 2005, upon the following counsel of record:

**BY HAND DELIVERY**

George Pazuniak, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571 6600
Attorneys for Radianse, Inc.

Of Counsel:
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, Massachusetts 02109-1784
(617) 227-7400

Dated: March 31, 2005

WP3:1062363.1                                                                                           63582.1001