

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

GEORGE PAZUNIAK
Partner

TEL (302) 888-6271
FAX (302) 658-5614
EMAIL gpazuniak@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

April 13, 2005

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   *Versus Technology, Inc. v. Radianse, Inc.,*
            Civil Action No. 04-1231-SLR

Dear Dr. Dalleo:

This will confirm the date set for the discovery conference has been set for Tuesday, May 24 at 4:30.

Please feel free to contact me if you have any questions. Thank you.

Respectfully submitted,

*George Pazuniak*
George Pazuniak

cc: Sibley Reppert, Esq. (via email)

391092_1.DOC