IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,**  )<br>)<br>      **Plaintiff,**          )<br>)<br>v.                                  )<br>)<br>**RADIANSE, INC.,**            )<br>)<br>      **Defendant.**         )<br>                                     ) | Civil Action No. 04-1231 (SLR) |

## STIPULATION WITHDRAWING MOTION FOR LEAVE AND OPPOSITION BRIEF REGARDING PROPOSED AMENDMENT TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by counsel for the parties, subject to the approval of the Court, that:

      1.      Plaintiff's Motion For Leave To File Amended Complaint (D.I. 39) is hereby withdrawn, with leave to re-file; and

      2.      Defendant's Response To Plaintiff's Motion For Leave To File Amended Complaint (D.I. 47) is hereby withdrawn, with leave to re-file.

DATE: April 15, 2005

| | |
|---|---|
| /s/ James M. Lennon | /s/ Josy W. Ingersoll |
| George Pazuniak (DE #478) | Josy W. Ingersoll (#1088) |
| gpazuniak@cblh.com | jingersoll@ycst.com |
| Gerard M. O'Rourke (DE #3265) | John W. Shaw (#3362) |
| gorourke@cblh.com | jshaw@ycst.com |
| James M. Lennon (DE#4570) | YOUNG CONAWAY STARGATT |
| jlennon@cblh.com | & TAYLOR  LLP |
| CONNOLLY BOVE LODGE & HUTZ LLP | The Brandywine Building |
| The Nemours Building – 8th Floor | 1000 West Street, 17th Floor |
| 1007 North Orange Street | P.O. Box 391 |
| P.O. Box 2207 | Wilmington, DE 19899-0391 |
| Wilmington, DE 19899-2207 | (302) 571-6600 |
| (302) 658-9141 | |

*Counsel for Plaintiff,*
*Versus Technology, Inc.*

Sibley P. Reppert
spr@lahive.com
William A. Scofield, Jr.
was@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Counsel for Defendant,*
*Radianse, Inc.*


SO ORDERED this ___ day of _____, 2005.


_____
United States District Court Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2005, I electronically filed this Stipulation Withdrawing Motion For Leave And Opposition Brief Regarding Proposed Amendment To Complaint And Extending Time To Amend Complaint with the Clerk of the Court using CM/ECF and served the following on this date in the manner so indicated:

**By Hand, Email and CM/ECF notification:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT
& TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Counsel for Defendant, Radianse, Inc.*

**By Email:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400
*Co-Counsel for Defendant, Radianse, Inc.*

      /s/ James M. Lennon
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
jlennon@cblh.com
*Counsel for Plaintiff, Versus Technology, Inc.*

391516