IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1231--SLR |
| RADIANSE, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Radianse, Inc., hereby certify that copies of Radianse's Response to Versus' Second Set of Requests for Production of Documents and Things (NO. 54) were caused to be served on April 21, 2005, upon the following counsel of record:

**BY HAND DELIVERY**

> George Pazuniak, Esquire
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 21, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

> George Pazuniak, Esquire
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571 6600
Attorneys for Radianse, Inc.

Of Counsel:
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, Massachusetts 02109-1784
(617) 227-7400

Dated:  April 21, 2005