REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 1

REDACTED VERSION – PUBLICLY FILED

# REDACTED