# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**RADIANSE, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1231 (SLR) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that a true and correct copy of the following documents have, or are expected to promptly be, served upon the entities listed in the following documents: Subpoena to the Hospital of the University of Pennsylvania; Subpoena to Lancaster General Hospital; Subpoena to Mississippi Baptist Medical Center; Subpoena to Hannibal Hospital; Subpoena to Brigham & Women's Hospital; Subpoena to the Center for Minimally Invasive Surgery; and Subpoena to Massachusetts General Hospital.

| **BY HAND** | **BY ELECTRONIC MAIL** |
|---|---|
| Josy W. Ingersoll | Sibley P. Reppert |
| John W. Shaw | William A. Scofield, Jr. |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | LAHIVE & COCKFIELD |
| The Brandywine Building | 28 State Street |
| 1000 West Street, 17th Floor, P.O. Box 391 | Boston, MA 02109-1784 |
| Wilmington, Delaware 19899-0391 | |

                        Respectfully submitted,

                        /s/ James M. Lennon
                        George Pazuniak (#478)
                        James M. Lennon (#4570)
                        **CONNOLLY BOVE LODGE & HUTZ, LLP**
                        1007 North Orange Street
                        P.O. Box 2207
                        Wilmington, DE  19899
                        (302) 888-6271

DATED:  May 18, 2005          *Attorney for Plaintiff, Versus Technology, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2005, I electronically filed the foregoing **NOTICE OF SERVICE OF SUBPOENAS** (without attachments) with the Clerk of the Court using CM/ECF, and served on this date copies of the same (with attachments) to the following individuals in the manner indicated:

**By Hand and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for defendant, Radianse, Inc.*

       /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
**CONNOLLY BOVE LODGE & HUTZ, LLP**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6271

DATED: May 18, 2005    *Attorney for Plaintiff, Versus Technology, Inc.*