IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1231-SLR |
| ) | |
| RADIANSE INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 19th day of May, 2005, having reviewed defendant's motion to lift stay of discovery regarding plaintiff's unfair competition counterclaim and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 35) is denied, as the circumstances extant when the stay was entered have not changed.

_____
United States District Judge