REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 1

3/8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RADIANSE, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 04-1231 (SLR) |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S
FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Versus Technology, Inc. ("Versus"), issues the following Responses to Defendant, Radianse, Inc.'s ("Radianse"), First Set of Interrogatories.

**REQUEST NO.1**

Versus, PTFM, and Alan C. Heller entered into an agreement effective as of January 31, 1997, by which PTFM licensed certain of its technology to Versus (the "PTFM Agreement"). A copy of the PTFM Agreement is attached hereto as Exhibit A

**RESPONSE**

Admitted.

**REQUEST NO.2**

Under the PTFM Agreement, Versus is a licensee of U.S. Patents No. 5,572,195 (the "'195 patent") and U.S. Reissue Patent No. 36,791 (the "'791 patent").

**RESPONSE**

Admitted that Versus is the exclusive licensee of U.S. Patent No. 5,572,195 and U.S.

Reissue Patent No. 36,791. Otherwise denied.

### REQUEST NO.3

Subsequent to the execution of the PTFM Agreement, title to the '195 and the '791 patents was assigned by PTFM to Freshloc.

### RESPONSE

Admitted.

### REQUEST NO.4

The '195 and '791 patents are owned by Freshloc.

### RESPONSE

Admitted.

DATED: March 25, 2005

By: _s/ James M. Lennon_
George Pazuniak (DE #478)
Gerard M. O'Rourke (DE #3265)
James M. Lennon (DE #4570)
**CONNOLLY, BOVE, LODGE & HUTZ LLP**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-914

*Attorneys for plaintiff, Versus Technology, Inc.*

CERTIFICATE OF SERVICE

I, James M. Lennon, hereby certify that on this 25th day of March, 2005, I caused a true and correct copy of the foregoing to be served upon the persons indicated below in the manner so indicated:

**Via Hand-Delivery and E-Mail (jingersoll(S),vcst.com):**
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672

**Via E-Mail (spr(%lahive.com):**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Attorneys for Defendant, Radianse, Inc.

  s/ James M. Lennon
  James M. Lennon (DE #4570)

383401

1

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 2

REDACTED VERSION – PUBLICLY FILED

# REDACTED

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 3

REDACTED VERSION – PUBLICLY FILED

# REDACTED

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, hereby certify that on May 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> George Pazuniak, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801, Esquire

I further certify that on May 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Christian Douglas Wright*
Christian Douglas Wright (No. 3554)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cwright@ycst.com

Attorneys for Radianse, Inc.