REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1231-SLR |
| ) | |
| RADIANSE, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF MICHAEL DEMPSEY

I, Michael Dempsey, being duly sworn, hereby depose and say as follows:

1.  My name is Michael Dempsey. I make this affidavit on the basis of my personal knowledge.

2.  I am Chief Technology Officer of Radianse, Inc.

3.  I attached hereto the Patent License Agreement dated as of April 22, 2005 between Freshloc Technologies, Inc. and Radianse, Inc.

Signed under the pains and penalties of perjury this 3rd day of May, 2005.

_____
Michael Dempsey

Commonwealth of Massachusetts
Essex, SS:

Then appeared before me the above-named Michael Dempsey and gave oath that the foregoing statements are true on the basis of this personal knowledge.

_____
Notary Public
My Commission Expires: 03-15-07
Dated: 5-3-05
MASS License S531189254

- 1 -

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, hereby certify that on May 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801, Esquire

I further certify that on May 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Christian Douglas Wright*
>Christian Douglas Wright (No. 3554)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>cwright@ycst.com
>
>Attorneys for Radianse, Inc.