**EXHIBIT A**

EXHIBIT " C "

1.  UNITED STATES PATENT                                              (D) 06/02/92
    LOCATION SYSTEM ADAPTED FOR USE IN
    MULITPATH ENVIRONMENTS

2.  UNITED STATES PATENT                                              (D) 01/04/94
    OPTICAL RECEIVER FOR AREA LOCATION SYSTEM

3.  UNITED STATES PATENT                                              (D) 10/11/94
    OTICAL RECEIVER FOR AREA LOCATION SYSTEM

4.  UNITED STATES PATENT                                              (D) 02/07/95
    METHOD FOR RECEIVING AND TRANSMITTING
    OPTICAL DATA AND CONTROL INFORMATION
    TO AN FROM REMOTELY LOCATED RECEIVERS AND
    TRANSMITTERS IN AN OPTICAL LOCATOR SYSTEM

5.  UNITED STATES PATENT                                              (D) 08/20/96
    METHOD AND APPARATUS FOR LOCATING
    PERSONNEL AND OBJECTS IN RESPONSE TO
    TELEPHONE INQUIRIES

6.  UNITED STATES PATENT                                              (D) 11/05/96
    SENSORY AND CONTROL SYSTEM FOR LOCAL
    AREA NETWORKS

CONFIDENTIAL
ATTORNEY'S EYES ONLY

VER003285