IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **VERSUS TECHNOLOGY, INC.,**   )<br>)<br>    **Plaintiff,**   )<br>)<br>    v.   )<br>)<br>**RADIANSE, INC.,**   )<br>)<br>    **Defendant.**   )<br>) | Civil Action No. 04-1231 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's Responses to Radianse Inc.'s Third Set of Requests for Documents and Things (58-108)** were served upon the following attorneys of record in the manner indicated on June 3, 2005.

**BY HAND & EMAIL**
Josy W. Ingersoll
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY EMAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

 /s/ James M. Lennon
George Pazuniak (#478)
Gerard M. O'Rourke (#3265)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271
*Attorney for Plaintiff, Versus Technology, Inc.*

DATED: June 3, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3rd, 2005, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for Defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for Defendant, Radianse, Inc.*

                                                  /s/ James M. Lennon
                                                  George Pazuniak (#478)
                                                  Gerard M. O'Rourke (#3265)
                                                  James M. Lennon (#4570)
                                                  1007 North Orange Street
                                                  P.O. Box 2207
                                                  Wilmington, DE  19899
                                                  (302) 888-6271
DATED:  June 3, 2005                 *Attorney for Plaintiff, Versus Technology, Inc.*