## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on June 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801

I further certify that on June 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (No. 1088)
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>Attorneys for Radianse, Inc.