IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1231 (SLR) |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## RADIANSE'S MOTION TO DISMISS FOR LACK OF STANDING

Defendant Radianse, Inc. ("Radianse") moves the Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the Complaint of Plaintiff Versus Technology, Inc. ("Versus") for infringement of U.S. Patent Nos. 5,572,195 and RE36,791 for lack of standing. The basis for this motion is that Versus lacks standing to sue for infringement of those patents without joining the patent owner, Freshloc Technologies, Inc., because Versus does not possess all substantial rights to those patents.

The grounds for this motion are further set forth in Radianse's Opening Brief filed herewith.

Respectfully submitted,

*[signature]*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
jingersoll@ycst.com

Of Counsel:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

WP3:1123597.1                                                              063582.1001

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on June 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801

I further certify that on June 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Glenn C. Mandalas
>_____
>Josy W. Ingersoll (No. 1088)
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>Attorneys for Radianse, Inc.