IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231--SLR |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF INTENT TO
### TAKE ORAL DEPOSITION OF ALAN C. HELLER

PLEASE TAKE NOTICE THAT the Defendant, Radianse, Inc., will take the deposition upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, of Alan C. Heller, who resides at 6205 Baymar Lane, Dallas, Texas 75254. By agreement of the parties, the deposition will be taken at the offices of Goldstein & Faucett, LLP, 1177 West Loop South Suite 400, Houston, Texas 77027 ("Goldstein"), on Wednesday, July 6, 2005 at 9:00 a.m.

The deposition will take place before a Notary Public or other officer authorized to administer oaths, and will be recorded by video.

The deponent is requested to produce prior to the deposition the documents and things set forth in the attached Schedule A, at the offices of Goldstein, on or before July 5, 2005.

*Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6672
kkeller@ycst.com

WP3:1124908.1

-2-

Of Counsel:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

Dated: June 24, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 24, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak , Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE  19899

I further certify that on June 24, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendant