IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RADIANSE, INC. )<br>)<br>Defendant ) | Civil Action No. 04-1231 (SLR) |

**NOTICE OF WITHDRAWAL OF RADIANSE'S MOTIONS TO DISMISS
BASED UPON LACK OF STANDING (D.I. Nos. 55 and 74)**

Upon the recommendation and preference of the Court for consolidated briefing on Defendant's motions to dismiss, as stated during the June 21, 2005, Discovery Conference, Radianse hereby withdraws (i) Radianse's Motion to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal (D.I. 55), filed May 12, 2005, and (ii) Radianse's Motion to Dismiss Based upon Lack of Standing (D.I. 74), filed June 21, 2005.

Radianse's Consolidated Motion to Dismiss for Lack of Standing (D.I. 78) and a sealed opening brief in support of the aforementioned motion (D.I. 79), was filed on June 24, 2005.

Dated: June 28, 2005

OF COUNSEL:

Sibley P. Reppert
William A. Scofield, Jr.
**LAHIVE & COCKFIELD**
28 State Street
Boston, MA 02109-1784
(617) 227-7400

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
(302) 571-6672
*Attorneys for Defendant Radianse, Inc.*

WP3:1125784.1                                                                                                          63582.1001

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on June 28, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> George Pazuniak , Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> PO Box 2207
> Wilmington, DE  19899

I further certify that on June 28, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Radianse, Inc.*