IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1231 (SLR) |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE PRESENTING THE PREVIOUSLY DOCKETED AFFIDAVITS OF PAUL TESSIER AND MICHAEL DEMPSEY IN SUPPORT OF RADIANSE'S CONSOLIDATED MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the sealed Affidavits of Paul Tessier (D.I. 57, redacted at D.I. 64) and Michael Dempsey (D.I. 58, redacted at D.I. 65), originally filed on May 12, 2005, in support of Radianse's Motion to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5,572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal (D.I. 55), are hereby presented in support of Radianse's Consolidated Motion to Dismiss for Lack of Standing (D.I. 78).

YOUNG CONAWAY STARGATT
& TAYLOR

/s/ Josy W. Ingersoll

Josy W. Ingersoll (No. 1088)

**OF COUNSEL:**

Sibley P. Reppert
William A. Scofield, Jr.
**LAHIVE & COCKFIELD**
28 State Street
Boston, MA 02109-1784
(617) 227-7400

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

*Attorneys for Defendant Radianse, Inc.*

Dated: June 29, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on June 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899

I further certify that on June 29, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>*Attorneys for Radianse, Inc.*