IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1231--SLR |
| ) | |
| RADIANSE, INC. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF DEPOSITION OF GARY GAISSER

TO:   George Pazuniak
      James M. Lennon
      CONNOLLY BOVE LODGE & HUTZ, LLP
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Defendant, Radianse, Inc., by their counsel will take the deposition upon oral examination of Gary Gaisser. The deposition will be taken on July 27, 2005 at the offices of Connolly Bove Lodge & Hutz LLP, Nemours Building, 1007 Orange Street, Wilmington, DE 19801, commencing at 9:00 a.m., and will continue from day to day until completed before a Notary Public or other officer authorized to administer oaths.

-2-

                YOUNG CONAWAY STARGATT &
                TAYLOR, LLP

                */s/ Glenn C. Mandalas*

                Josy W. Ingersoll (#1088)
                John W. Shaw (#3362)
                Glenn C. Mandalas (#4432)
                The Brandywine Building
                1000 West Street, 17th Floor
                P. O. Box 391
                Wilmington, Delaware 19899-0391
                (302) 571-6672
                gmanddalas@ycst.com

                *Attorneys for Radianse, Inc.*

Of Counsel:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400


Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on July 8, 2005, I caused a true and correct copy of the foregoing Notice of Deposition of Gary Gaisser to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> George Pazuniak, Esquire
> James M. Lennon, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

I further certify that on July 8, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Josy W. Ingersoll (No. 1088)
John W. Shaw (#3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Radianse, Inc.*