**EXHIBIT A**

EXHIBIT "  C  "

1. UNITED STATES PATENT  (D) 06/02/92
   LOCATION SYSTEM ADAPTED FOR USE IN
   MULITPATH ENVIRONMENTS

2. UNITED STATES PATENT  (D) 01/04/94
   OPTICAL RECEIVER FOR AREA LOCATION SYSTEM

3. UNITED STATES PATENT  (D) 10/11/94
   OTICAL RECEIVER FOR AREA LOCATION SYSTEM

4. UNITED STATES PATENT  (D) 02/07/95
   METHOD FOR RECEIVING AND TRANSMITTING
   OPTICAL DATA AND CONTROL INFORMATION
   TO AN FROM REMOTELY LOCATED RECEIVERS AND
   TRANSMITTERS IN AN OPTICAL LOCATOR SYSTEM

5. UNITED STATES PATENT  (D) 08/20/96
   METHOD AND APPARATUS FOR LOCATING
   PERSONNEL AND OBJECTS IN RESPONSE TO
   TELEPHONE INQUIRIES

6. UNITED STATES PATENT  (D) 11/05/96
   SENSORY AND CONTROL SYSTEM FOR LOCAL
   AREA NETWORKS

VER003285

CONFIDENTIAL
ATTORNEY'S EYES ONLY