**EXHIBIT C**

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1231 (SLR) |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | REDACTED |
| Defendant. | ) | |

## ANSWERS OF DEFENDANT, RADIANSE, INC. TO VERSUS' FIRST SET OF INTERROGATORIES

The defendant, Radianse, Inc. ("Radianse"), hereby answers Versus' First Set of Interrogatories (Nos. 1-3).

## GENERAL OBJECTIONS

To the extent that Versus incorporates by reference all definitions included in Versus' First Set of Requests for Production of Document and Things (Nos. 1-53), Radianse incorporates by reference its General Objections as stated in Defendant's Response to Plaintiff's First Set of Request for Production of Documents and Things.

## INTERROGATORY ANSWERS

### INTERROGATORY NO. 1

Describe in detail and provide a claim chart showing the complete factual and legal bases for Radianse's contention that the patents-in-suit are invalid, including, but not limited to, the identification of each document which relates, reflects or refers to the factual and legal bases for any such contention by Radianse, and the identification of the individual(s) most knowledgeable concerning the bases for any such contention.

## INTERROGATORY NO. 2

Describe in detail the complete factual and legal bases for Radianse's contention that "the Complaint is barred by the doctrine of laches" including but not limited to, the identification of each document which relates, reflects or refers to the factual and legal bases for any such contention by Radianse, and the identification of the individual(s) most knowledgeable concerning the bases for any such contention.

## ANSWER NO. 2

Radianse has not completed its investigation and evaluation pertaining to this interrogatory and reserves the right to supplement this answer subsequent to receipt from Versus of all information, documents and things requested in Radianse's outstanding discovery to Versus.

## INTERROGATORY NO. 3

Describe in detail and provide a claim chart showing the factual and legal bases for any contention by Radianse that it does not infringe, either literally or under the doctrine of equivalents, any of the patents-in-suit, including, but not limited, to the identification of each document which relates, reflects or refers to the factual and legal bases for any such contention by Radianse, and the identification of the individual(s) most knowledgeable concerning the bases for any such contention.

## ANSWER NO. 3

Versus asserts four patents against Radianse as owner or licensee:

- U.S. Patent No. 5,027,314 (the " '314 patent")
- U.S. Patent No. 5,572,195 (the " '195 patent")
- U.S. Patent No. 6,154,139 (the " '139 patent")
- U.S. Patent No. Re. 36,791 (the " '791 patent")

The independent claims of each of the asserted patents are set forth in the **attached claim charts**. There are eight primary elements that are key features in the four patents asserted by Versus against Radianse:

| Patent | Primary Elements |
|---|---|
| '314 | • Tags transmit light-based (IR) signal representative of unique ID code *[Feature #1]*<br>• One receiver per area *[Feature #2]* |
| '195 | • Uses variable-based protocol that implements object identifier values *[Feature #3]*<br>• Uses IR receivers to receive identifying codes from IR transmitters *[Feature #1]* |
| '139 | • Tags transmit IR and RF substantially simultaneously *[Feature #4]*<br>• IR signal includes unique Tag ID *[Feature #1]*<br>• Separate extended area RF receivers and limited area IR receivers that generate corresponding extended area and limited area detection packets *[Feature #5]* |
| '791 | • Uses time of arrival (TOA) differentiation with synchronized receivers and TOA detection packets *[Feature #6]*<br>• Receivers receive tag transmissions from assigned areas of predetermined size *[Feature #2]*<br>• Receivers include controller that is responsive to receipt of tag transmission *[Feature #7]*<br>• Uses motion detection circuit *[Feature #8]* |

1. Comparison of the Versus Patents to the Radianse IPS

An element-by-element comparison is included in the attached claim charts. The following is a

summary focusing on the above-identified key features of the Versus patents.

REDACTED

REDACTED

USP 5,027,314[1]

| | |
|---|---|
| **Clm 1.** A system for tracking a number of subjects in a plurality of areas comprising: | REDACTED |
| a plurality of transmitters, wherein at least one transmitter is associated with each of said subjects, each of said transmitters comprising transmission means for transmitting *a light based signal representative of an identifying code unique to that transmitter*; | |
| a plurality of receivers, wherein *at least one of said receivers is associated with each of said areas*, each of said receivers comprising a converter for converting a transmitted *light based signal* to an electrical signal and a *validation circuit for processing said electrical signal to determine whether said electrical signals are representative of the unique identifying codes associated with said transmitters*; and | REDACTED |
| processor means, connected to each of said receivers,<br>    for recording those electrical signals which are representative of said *unique identifying codes*,<br>    for recording the receiver which determined that such electrical signals are representative of the *unique identifying codes* associated with said | |

---

[1] Limitations added by Amendment during prosecution are in bold. Distinctions are italicized.