**EXHIBIT E**

## James M. Lennon

**From:** Sibley Reppert [spr@lahive.com]
**Sent:** Friday, June 03, 2005 10:54 AM
**To:** James M. Lennon
**Subject:** Re: Discovery Issues

Dear Jim:

We were going to propose June 13 for your inspection, so that date is fine with us.

We are requesting a bid from Iron Mountain to act as escrow agent and should have it for you shortly (the cost is to be shared under the Court's "default standard"). Radianse is ready to provide a computer with the source code on it to the escrow agent, so it should be available for you and Versus's experts to access later next week assuming there is agreement on the escrow agent.

Radianse should be done today pulling and copying the requested documents, and I plan to review them and have them numbered/copied by mid-week. I assume you want copies of all documents and do not want to inspect them here.

I am on vacation July 9-16 and also have discovery to deal with in other cases in July, so I'd like to get going on our deps in the last week of June and during July 5-7. You can schedule yours later to give yourselves time to review our docs. I intend to subpoena Heller, and may take a 30b6 of Versus (I'll see if it's necessary after taking Gary's dep). When is Gary available, and do you have any problems with the above dates for deps?

Also, don't forget we are awaiting any additional documents Versus may have regarding the negotiation and drafting of the Versus/PTFM license agreement, as I previously requested.

Regards,

Sib



>>> "James M. Lennon" <JLennon@cblh.com> 06/01/05 05:40PM >>>
Dear Sib:

In response to your message proposing a date for the deposition of Gary Gaisser, we believe it is appropriate for depositions to go forward when the substantive document production is generally complete, which is not the case with Radianse's document production. In the interest of advancing discovery however, we will agree to schedule depositions of Radianse and Versus witnesses for the month of July, but we expect Radianse to promptly and properly supplement its document production, and, in any event, before the June 21st discovery status conference.

We propose that the Court-ordered inspection of the Radianse IPS product occur at Radianse's facility on Monday, June 13. In addition, we have not had any response from you after the Court essentially ordered Radianse to make an electronic version of Radianse source codes available. We need your response and position, and expect the source code to be made available immediately.

In the assumption that we will shortly obtain your document production, we will propose deposition dates in July for Michael Dempsey, Paul Tessier and a 30b6 deposition to be noticed. In the meantime, I will check when Mr. Gaisser can be available in July.

Sincerely,
Jim Lennon

Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207

1

Wilmington, DE 19899  
Direct:(302)252-4218  
Fax:(302)658-5614

Case 1:04-cv-01231-SLR    Document 90-6    Filed 07/11/2005    Page 3 of 3

Wilmington, DE 19899  
Direct:(302)252-4218  
Fax:(302)658-5614