# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **RADIANSE, INC.,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 04-1231 (SLR) |

## PLAINTIFF'S NOTICE OF DEPOSITION OF MICHAEL DEMPSEY

TO:  Sibley P. Reppert                           Josy W. Ingersoll
     William A. Scofield, Jr.                    John W. Shaw
     LAHIVE & COCKFIELD LLP                      Glenn C. Mandalas
     28 State Street                             YOUNG CONAWAY STARGATT & TAYLOR LLP
     Boston, MA 02109-1784                       The Brandywine Building
                                                 1000 West Street, 17th Floor
                                                 P. 0. Box 391
                                                 Wilmington, Delaware 19899-0391

**PLEASE TAKE NOTICE** that pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Plaintiff, Versus Technology, Inc., by their counsel will take the deposition upon oral examination of Michael Dempsey. The deposition will be taken on August 2, 2005 at the offices of Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109-1784, commencing at 9:00 a.m., and will continue from day to day until completed before a Notary Public or other officer authorized to administer oaths.

- 2 -

| | |
|---|---|
| DATED: July 12, 2005 | s/ James M. Lennon |
| | George Pazuniak (DE #478) |
| | James M. Lennon (DE #4570) |
| | **CONNOLLY, BOVE, LODGE & HUTZ** |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE  19899 |
| | Telephone:  (302) 658-9141 |
| | |
| | *Attorneys for Plaintiff, Versus Technology, Inc.* |

- 2 -

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2005, I electronically filed this PLAINTIFF'S NOTICE OF DEPOSITION OF MICHAEL DEMPSEY with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following, and I further certify that I also caused the following to be ***SERVED BY HAND*** on this date:

    Josy W. Ingersoll (#1088)
    jingersoll@ycst.com
    Glenn C. Mandalas
    gmanddalas@ycst .com
    YOUNG CONAWAY STARGATT
    & TAYLOR  LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600
    *Counsel for Defendant, Radianse, Inc.*

      I hereby certify that on this date, I electronically mailed the documents to the following non-registered participants:

    Sibley P. Reppert
    spr@lahive.com
    LAHIVE & COCKFIELD
    28 State Street
    Boston, MA 02109-1784
    (617) 227-7400
    *Co-Counsel for Defendant, Radianse, Inc.*

DATE: July 12, 2005                     s/ James M. Lennon
                                        James M. Lennon (#4570)
                                        **CONNOLLY BOVE LODGE & HUTZ, LLP**
                                        The Nemours Building
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE  19899
                                        (302) 888-6271
405906                                  *Attorney for Plaintiff, Versus Technology, Inc.*