IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-1231 (SLR) |
| v. ) | |
| ) | |
| **RADIANSE, INC.,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF DEPOSITION OF PAUL TESSIER

TO:  Sibley P. Reppert           Josy W. Ingersoll
     William A. Scofield, Jr.    John W. Shaw
     LAHIVE & COCKFIELD LLP      Glenn C. Mandalas
     28 State Street             YOUNG CONAWAY STARGATT & TAYLOR LLP
     Boston, MA 02109-1784       The Brandywine Building
                                 1000 West Street, 17th Floor
                                 P. O. Box 391
                                 Wilmington, Delaware 19899-0391

**PLEASE TAKE NOTICE** that pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Plaintiff, Versus Technology, Inc., by their counsel will take the deposition upon oral examination of Paul Tessier. The deposition will be taken on July 20, 2005 at the offices of Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109-1784, commencing at 9:00 a.m., and will continue from day to day until completed before a Notary Public or other officer authorized to administer oaths.

- 2 -

DATED: July 12, 2005        s/ James M. Lennon
                            George Pazuniak (DE #478)
                            James M. Lennon (DE #4570)
                            **CONNOLLY, BOVE, LODGE & HUTZ**
                            1007 North Orange Street
                            P.O. Box 2207
                            Wilmington, DE  19899
                            Telephone:  (302) 658-9141

                            *Attorneys for Plaintiff, Versus Technology, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2005, I electronically filed this PLAINTIFF'S NOTICE OF DEPOSITION OF PAUL TESSIER with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following, and I further certify that I also caused the following to be *SERVED BY HAND* on this date:

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
Glenn C. Mandalas
gmanddalas@ycst .com
YOUNG CONAWAY STARGATT
& TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Counsel for Defendant, Radianse, Inc.*

I hereby certify that on this date, I electronically mailed the documents to the following non-registered participants:

Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400
*Co-Counsel for Defendant, Radianse, Inc.*

DATE: July 12, 2005           s/ James M. Lennon
                              James M. Lennon (#4570)
                              **CONNOLLY BOVE LODGE & HUTZ, LLP**
                              The Nemours Building
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, DE  19899
                              (302) 888-6271
                              *Attorney for Plaintiff, Versus Technology, Inc.*

405897