IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231--SLR |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF CHRISTIAN DOUGLAS WRIGHT
## AS COUNSEL FOR RADIANSE, INC.

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Christian Douglas Wright, Esq. withdraws from his representation of Radianse, Inc. in this action. Radianse, Inc. continues to be represented in this action by Josy W. Ingersoll, John W. Shaw, and Glenn C. Mandalas of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Lahive & Cockfield.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
gmanddalas@ycst.com
*Attorneys for Radianse, Inc.*

OF COUNSEL:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400
Dated: July 12, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire hereby certify that on July 12, 2005 I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801

I further certify that on July 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Glenn C. Mandalas*
>Josy W. Ingersoll (No. 1088)
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>Attorneys for Radianse, Inc.