**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RADIANSE, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1231 (SLR) |

## ORDER GRANTING VERSUS'S MOTION
## FOR LEAVE TO FILE A SURREPLY

The Court, having reviewed Plaintiff Versus Technology, Inc.'s ("Versus") "Motion For Leave to File a Surreply" (the "Motion"), and being otherwise duly advised in the premises, it is hereby ORDERED that Versus's Motion is GRANTED.

IT IS SO ORDERED.

DATE: _____

_____
Hon. Sue L. Robinson
Chief Judge, United States District Court
District of Delaware