IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**RADIANSE, INC.,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 04-1231 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **Plaintiff's Notice of Deposition of Steve Schiefen; Plaintiff's Notice of 30(b)(6) Deposition of Radianse; Plaintiff's Notice of Deposition of Kim Donovan; and Plaintiff's Notice of Deposition of John Pantano** were served upon the following attorneys of record in the manner indicated on August 3, 2005.

**BY HAND & EMAIL**
Josy W. Ingersoll
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY EMAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

 /s/ James M. Lennon
George Pazuniak (#478)
Gerard M. O'Rourke (#3265)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271

DATED: August 3, 2005      *Attorneys for Plaintiff, Versus Technology, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2005, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for Defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for Defendant, Radianse, Inc.*

                                         /s/ James M. Lennon
                                         George Pazuniak (#478)
                                         Gerard M. O'Rourke (#3265)
                                         James M. Lennon (#4570)
                                         1007 North Orange Street
                                         P.O. Box 2207
                                         Wilmington, DE 19899
                                         (302) 888-6271
DATED: August 3, 2005               *Attorneys for Plaintiff, Versus Technology, Inc.*