IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231--SLR |
| | ) | |
| RADIANSE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Radianse, Inc., hereby certify that copies of Radianse, Inc.'s Supplemental Answers To Versus' First Set Of Interrogatories were caused to be served on August 9, 2005, upon the following counsel of record:

**BY HAND DELIVERY**

George Pazuniak, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 9, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

George Pazuniak, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Glenn C. Mandalas*
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571 6600

Attorneys for Radianse, Inc.

Of Counsel:
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, Massachusetts 02109-1784
(617) 227-7400

Dated: August 9, 2005