

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

JAMES M. LENNON
Associate Attorney

TEL (302) 252-4218
FAX (302) 658-5614
EMAIL jlennon@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

August 25, 2005

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Versus Technology, Inc. v. Radianse, Inc.*,
               Civil Action No. 04-1231-SLR

Dear Chief Judge Robinson:

      Please find enclosed the letter you requested from Plaintiff's software expert, Mr. Leipold, during our August 23rd conference. Per your request, Mr. Leipold's letter addresses: (1) the specific tools Mr. Leipold believes are necessary to support the present analysis, and (2) proposed enhancements to Your Honor's "Default Standard for Access to Source Code."

      Additionally, I enclose a letter from the escrow agent, Iron Mountain, confirming that the tools identified by Mr. Leipold are technically justified and reasonable.

      We are happy to provide additional information at your request.

                                               Respectfully submitted,

                                               James M. Lennon
                                               (DE Bar # 4570)

Enclosures

   cc:  Sibley Reppert, Esq. (via email w/encl.)
         Josy W. Ingersoll, Esq. (via hand delivery, w/ encl.)

413725