IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1231 (SLR) |
| | ) |
| **RADIANSE, INC.,** | ) |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 30th day of September, 2005, a copy of the **Plaintiff's Expert Report of Walter S. Leipold** was served upon the following persons indicated below in the manner indicated below from the offices of Connolly Bove Lodge and Hutz, LLP:

**BY HAND & EMAIL**
Josy W. Ingersoll
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY EMAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

 /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6271

DATED: October 3, 2005              *Attorneys for Plaintiff, Versus Technology, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2005, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*Counsel for Defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400
*Co-Counsel for Defendant, Radianse, Inc.*

    /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271

DATED:  October 3, 2005    *Attorneys for Plaintiff, Versus Technology, Inc.*