IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**RADIANSE, INC.,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 04-1231 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's Second Supplemental Response To Defendant's First Set of Interrogatories** were served upon the following attorneys of record in the manner indicated on October 26, 2005.

**BY HAND AND E-MAIL**
Josy W. Ingersoll
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY E-MAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

/s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271
*Attorney for plaintiff, Versus Technology, Inc.*

DATED:  October 27, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2005, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for defendant, Radianse, Inc.*

                                  /s/ James M. Lennon
                                  George Pazuniak (#478)
                                  James M. Lennon (#4570)
                                  1007 North Orange Street
                                  P.O. Box 2207
                                  Wilmington, DE  19899
                                  (302) 888-6271
DATED:  October 27, 2005          *Attorney for plaintiff, Versus Technology, Inc.*