# THE
# AMERICAN
# HERITAGE®
# COLLEGE
# DICTIONARY

THIRD EDITION



HOUGHTON MIFFLIN COMPANY
Boston • New York

...(bär'ō), **Point.** The northernmost point of Alaska, in NW on the Arctic Ocean. The nearby city of **Barrow** has ... and government facilities. Pop. 3,469.
...**-in-Fur·ness** (bär'ō-in-fûr'nĭs). A borough of NW ... on an inlet of the Irish Sea NW of Manchester. Pop. ...
...(bär'ē), **Leonora Marie Kearney.** "Mother Lake." ...1930. Irish-born Amer. labor leader.
**Philip.** 1896–1949. Amer. playwright whose works in- ... *The Philadelphia Story* (1939).
...**more** (băr'ĭ-môr', -mōr'). Family of Amer. actors, in- ... **Lionel** (1878–1954), his sister **Ethel** (1879–1959), ... brother **John** (1882–1942), "the Great Profile."
...*ter n.* **1.** *Her.* A bend or baton sinister held to signify ... of wedlock. **2.** A hint or proof of such birth.
...(bär'stŏŏl') *n.* A usu. high stool with a cushioned ... chiefly as seating for patrons at a bar.
...(bär'stō). A city of SE CA NE of Los Angeles; ... in the 1880's. Pop. 21,472.
... Baronet.
...**-er** (bär'tĕn'dər) *n.* One who mixes and serves al- ... drinks at a bar.
...(bär'tər) *v.* **-tered, -ter·ing, -ters.** — *intr.* To trade ... services without money. — *tr.* To trade (goods or ... without money. — *n.* **1.** The act or practice of bar- ... Something bartered. — *adj.* Of, relating to, or being ... bartering. [ME *barteren,* prob. < OFr. *barater.* See ...] — **bar'ter·er** *n.*
...**barth, John Simmons.** b. 1930. Amer. writer whose ... often examine the relationship between language and ...
...(bärth), **Karl.** 1886–1968. Swiss Protestant theo- ... who advocated a return to the principles of the Ref- ... — **Barth'i·an** *adj.*
...(bärt), **Roland.** 1915–80. French critic who applied ... to literary and social criticism.
...**di** (bär-tôl'dē, -tôl-dē'), **Frédéric Auguste.** 1834– ... French sculptor best known for the Statue of Liberty in ... Harbor (dedicated 1886).
...**in's gland** (bär'tĭ-lĭnz, -thə-lĭnz) *n. Anat.* Either of ... glands located on either side of the vaginal orifice ... a lubricating mucus. [After Caspar *Bartholin* ... (1629), Danish physician.]
...**·o·mew** (bär-thŏl'ə-myōō'), Saint. Sometimes called ...**·sel** (nə-thăn'yəl). One of the 12 Apostles, who ac- ... tradition was martyred in Armenia.
...**also bar·ti·san** (bär'tĭ-zən, bär'tĭ-zăn') *n.* A small ... turret on a wall or tower. [Alteration of *brattic-* ... *work* < BRATTICE.] — **bar'ti·zaned** *adj.*
...**ville** (bärts-vĭl'). A city of NE OK N of Tulsa. Pop. ...
...(bärt'lĭt). A town of SW TN, a suburb of Memphis. ...
...(bärt'lĭt) *n.* A common variety of pear with yellowish ... juicy flesh. [After Enoch *Bartlett* (1779–1860).]
...**John.** 1820–1905. Amer. publisher and editor who ... *Familiar Quotations* (1855).
...(bär'tôk', -tōk'), **Béla.** 1881–1945. Hungarian pi- ... composer whose works combine Eastern European ... with dissonant harmonies. — **Bar·tók'i·an** *adj.*
...**·me·o** (bär-tōl'ə-mā'ō, -tô'lō-), **Fra.** 1475?– ... Italian painter of the Florentine school whose works ... *Madonna della Misericordia* (1515).
...(bär'tn), **Clara.** 1821–1912. Amer. administrator ... battlefield relief work during the Civil War and or- ... American Red Cross (1881).
...**Derek Harold Richard.** 1918–98. British chemist ... a 1969 Nobel Prize.
...(bär'trəm), **John.** 1699–1777. Amer. botanist who ... the first botanical garden in the colonies (1728).
**William Bartram** (1739–1823) was also a botanist.
...(bär'ŏŏk, bə-rŏŏk') *n.* See table at **Bible.**
...(bär-ŏŏk'), **Bernard Mannes.** 1870–1965. Amer. fin- ... official, and political adviser.
...(bär'wâr') *n.* The glassware and other items used to ... alcoholic drinks.
...(bär'ĭ-sĕn'tər) *n.* See **center of mass.** [Gk. *barys,* heavy; see g<sup>w</sup>erə-1* + CENTER.]
...(băr'ē-ŏn') *n.* Any of a family of subatomic particles ... participate in strong interactions, are composed of three ... and are generally more massive than mesons. See ta- ... **atomic particle.** [Gk. *barus,* heavy; see g<sup>w</sup>erə-1* + -ON.] — **bar'y·on'ic** *adj.*
...**number** *n.* A quantum number equal to the difference ... the number of baryons and the number of antibary- ... system of subatomic particles.
...**·ni·kov** (bə-rĭsh'nĭ-kôf'), **Mikhail Nikolayevich.** b. ... Russian-born ballet dancer and choreographer who ... with the Kirov Ballet in Leningrad and later with ... American Ballet Theater.
...(bär'ĭ-sfîr) *n.* See **centrosphere 2.** [Gk. *barus,* ... g<sup>w</sup>erə-1* + SPHERE.]

**ba·ry·ta** (bə-rī'tə) *n.* Any of several barium compounds. [NLat. < Gk. *barutēs,* weight < *barus,* heavy. See g<sup>w</sup>erə-1*.]
**ba·ry·tes** (bə-rī'tēz) *n.* Var. of **barite.**
**bar·y·tone** (băr'ĭ-tōn') *n. Mus.* Var. of **baritone.**
**B.A.S.** *abbr.* **1.** Bachelor of Agricultural Science. **2.** Bachelor of Applied Science.
**bas·al** (bā'səl, -zəl) *adj.* **1.a.** Of, at, relating to, or forming a base. **b.** *Bot.* Located at or near the base of any plant part. **2.** Of primary importance; basic. — **bas'al·ly** *adv.*
**basal body** *n.* A cellular organelle associated with the formation of cilia and flagella and similar to the centriole in structure.
**basal cell** *n. Biol.* A type of cell found in the deepest layer of the epithelium.
**basal ganglion** *n. Anat.* Any of several masses of gray matter embedded in the cerebral hemispheres that are involved in the regulation of voluntary movement.
**basal granule** *n.* See **basal body.**
**basal metabolic rate** *n. Physiol.* The rate at which energy is used by an organism at complete rest, measured in human beings by the heat given off per unit time and expressed as the calories released per kilogram of body weight or per square meter of body surface per hour.
**basal metabolism** *n. Physiol.* The minimum amount of energy required to maintain vital functions in an organism at complete rest, measured by the basal metabolic rate in a fasting individual who is awake, resting, and comfortably warm.
**ba·salt** (bə-sôlt', bā'sôlt') *n.* **1.** A hard, dense, dark volcanic rock composed chiefly of plagioclase, pyroxene, and olivine and often having a glassy appearance. **2.** A kind of hard unglazed pottery. [Lat. *basaltēs,* alteration of *basanitēs,* touchstone < Gk. *basanitēs (lithos)* < *basanos,* of Egypt. orig.] — **ba·sal'tic** (-sôl'tĭk) *adj.*
**B.A.Sc.** *abbr.* **1.** Bachelor of Agricultural Science. **2.** Bachelor of Applied Science.
**bas·cule** (băs'kyōōl) *n.* A device or structure, such as a drawbridge, counterbalanced so that when one end is lowered the other is raised. [Fr., seesaw : *bas,* low (< Med.Lat. *bassus*) + *cul,* bottom (< Lat. *culus,* rump; see **(s)keu-***).]
**base**¹ (bās) *n.* **1.a.** The lowest or bottom part. **b.** *Biol.* The part of an animal or plant organ nearest its point of attachment. **2.a.** A supporting part or layer; a foundation. **b.** A basic or underlying element; an infrastructure. **3.** The fundamental principle or underlying concept of a system or theory; a basis. **4.** A fundamental ingredient; a chief constituent. **5.** The fact, observation, or premise from which a reasoning process is begun. **6.a.** *Games.* A starting point, safety area, or goal. **b.** *Baseball.* Any one of the four corners of an infield, marked by a bag or plate. **7.** A center of organization, supply, or activity; a headquarters. **8.a.** A fortified center of operations. **b.** A supply center for a large force of military personnel. **9.** *Archit.* The lowest part of a structure, such as a wall, considered as a separate unit. **10.** *Her.* The lower part of a shield. **11.** *Ling.* A morpheme or morphemes regarded as a form to which affixes or other bases may be added. **12.** *Math.* **a.** The side or face of a geometric figure to which an altitude is or is thought to be drawn. **b.** The number that is raised to various powers to generate the principal counting units of a number system. **c.** The number raised to the logarithm of a designated number in order to produce that designated number. **13.** A line used as a reference for measurement or computations. **14.** *Chem.* **a.** Any of a large class of compounds, including the hydroxides and oxides of metals, having the ability to react with acids to form salts. **b.** A molecular or ionic substance capable of combining with a proton to form a new substance. **c.** A substance that provides a pair of electrons for a covalent bond with an acid. **15.** *Electron.* **a.** The region in a transistor between the emitter and the collector. **b.** The electrode attached to this region. **16.** One of the purines (adenine and guanine) or pyrimidines (cystosine, thymine, and uracil) in DNA or RNA. — *adj.* **1.** Forming or serving as a base: *a base layer of soil.* **2.** Situated at or near the base or bottom: *a base camp.* — *tr.v.* **based, bas·ing, bas·es. 1.** To form or provide a base for: *based the new company in Portland.* **2.** To find a basis for; establish: *based her conclusions on the report.* **3.** To assign to a base; station. — *idiom.* **off base.** Badly mistaken. [ME < OFr. < Lat. *basis* < Gk. See g<sup>w</sup>ā-*.]
**base**² (bās) *adj.* **bas·er, bas·est. 1.a.** Having or showing a contemptible, mean-spirited, or selfish lack of human decency. **b.** Devoid of high values or ethics. **c.** Inferior in value or quality. **2.** Containing inferior substances. **3.** *Archaic.* Of low birth, rank, or position. — *n. Obsolete.* A bass singer or voice. [ME *bas,* low < OFr. < Med.Lat. *bassus.*] — **base'ly** *adv.*
**base·ball** (bās'bôl') *n. Sports.* **1.** A game played with a bat and ball by two teams of nine players, each team playing alternately in the field and at bat, the players at bat having to run a course of four bases laid out in a diamond pattern in order to score. **2.** The ball used in this game.
**base·board** (bās'bôrd', -bōrd') *n.* A molding that conceals the joint between an interior wall and a floor.


Mikhail Baryshnikov


bascule
Tower Bridge, London

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
' (primary);
' (secondary), as in
dictionary (dĭk'shə-nĕr'ē)