REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1231-SLR |
| ) | |
| RADIANSE, INC. ) | **CONFIDENTIAL** |
| ) | **FILED UNDER SEAL** |
| Defendant. ) | |

### DECLARATION OF SIBLEY P. REPPERT IN SUPPORT OF RADIANSE'S CLAIM CONSTRUCTION BRIEF

I, Sibley P. Reppert, hereby declare and say as follows:

1. I am counsel for the defendant, Radianse, Inc., in this action.

2. A copy of U.S. Patent No. 5,027,314 is attached hereto as Exhibit A.

3. A copy of U.S. Patent No. 5,572,195 is attached hereto as Exhibit B.

4. A copy of U.S. Patent No. RE 36,791 is attached hereto as Exhibit C.

5. A copy of U.S. Patent No. 6,154,139 is attached hereto as Exhibit D.

6. Attached hereto as Exhibit E is the Response to the First Office Action dated February 1, 1991 in the file history of U.S. Patent No. 5,119,104 which was reissued as the '791 patent.

7. Attached hereto as Exhibit F is the Response and Amendment dated August 22, 1995 in the file history of U.S. Patent 5,119,104.

8. Portions of the transcript of the Deposition of Wayne Duncan in this action are attached hereto as Exhibit G.

9. Portions of the transcript of the Deposition of Alan C. Heller in this action are attached hereto as Exhibit H.

REDACTED VERSION – PUBLICLY FILED

10. The Affidavit of Paul Tessier in this action is attached hereto as Exhibit I.

_____
Sibley P. Reppert

Dated: November 4, 2005

10. The Affidavit of Paul Tessier in this action is attached hereto as Exhibit I.

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Radianse, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Radianse, Inc.*