# EXHIBIT 2

# TO VERSUS'S ANSWER TO RADIANSE'S CLAIM CONSTRUCTION BRIEF

# FILED UNDER SEALED