IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RADIANSE, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 04-1231 (SLR) |

## RADIANSE, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND PATENT INVALIDITY

Defendant, Radianse, Inc., by and through its undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment of non-infringement and patent invalidity. The grounds for this Motion are fully set forth in "Opening Brief in Support of Radianse's Motion for Summary Judgment" which is filed and served contemporaneously herewith.

Respectfully Submitted,

*Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6554
kkeller@ycst.com

OF COUNSEL:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

Dated: December 1, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on December 2, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George Pazuniak, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Radianse, Inc.*