# EXHIBIT B

WO05046433A2
WO05044090A2
CA2125693C
US20020077852A1
US6269340
ES2154651T3
DK0649316T3
AT0198159E
WO0009061A1
EP0649316B1
US5987670
US5954695
EP0685090A4
DE69130676T2
DE69130676C0
AT0175068E
US5722956
SG0049695A1
EP0550517B1
AU0686269B2
US5689242
WO9603787A1
EP0721681A1
EP0649316A4
CA2172050AA
WO9512858A1
US5434775
EP0685090A1
EP0649316A1
CA2152276AA
AU8097394A1
WO9408647A1
US5319363
CA2125693AA
EP0550517A1
WO9204806A1
CA2090608AA
WO9003157A1
US4945592