# EXHIBIT E

## "Variable Base Protocol" Research

In a review of the '195 patent, as to the meaning of the phrases "variable base protocol" and "object identifier variables," the example provided by the '195 patent is SNMP: ("SNMP, or simple network management protocol, a well known network communication protocol based on a variable paradigm" [col 8 line 65].)

Also referenced are a "management information base (MIB) that defines a set of conceptual variables that the SNMP server must maintain" [col 9 line 4-9] and "MIB variables . . . according to the ISO standard . . . transmitted in a numeric form of the ASN.1 format" [col 9, lines 10-14).

Also referenced in the '195 patent specification is a textbook, as follows: "Further discussion of SNMP can be found in DOUGLAS E. COMER AND DAVID L. STEVENS, INTERNETWORKING WITH TCP/IP VOL. 2-DESIGN, IMPLEMENTATION, AND ETERNALS (2ND ED. 1994) Chapter 20. SNMP is well known to the data communications art.] [col 9, lines 21-26].

A contemporaneous internet search (10/27/05) using a combination of two search terms ("SNMP") and ("ASN-1") returns 286,000 'hits' including extensive documentation from trusted industry, academic, and organization sites. These reference documents obtained by this means provide a perspective on the meaning of the terms "variable-based protocol" and "object identifier variables" in terms of current standards and terminology used for SNMP ("Simple Network Management Protocol") and ASN.1 ("Abstract Syntax Notation One") applications.

The sites identified by the internet search include:

- Cisco (www.cisco.com/univercd/cc/td/doc/cisintwk/ito_doc/snmp.htm);
- IBM (XML Security Suite / ASN.1/XML Translator – www.trl.ibm.com/projects/xml/xss4j/docs/ast-readme.html);
- the Internet Architecture Board (www.iab.org/appeals/snmpv2smi-appeal.html);
- Freesoft's "Internet Encyclopedia" (www.freesoft.org/CIE/Topics/107.htm and www.freesoft.org/CIE/Topics/107.htm);
- the ASN.1 Site (oid.eliebel.tm.fr/1.3.6.1.2.1.11)

More specifically, the above internet search returns a definition for "object identifier" from the "Internet Encyclopedia" at (www.freesoft.org/CIE/RFC/1902/10.htm)

**3.5. OBJECT IDENTIFIER values**

An OBJECT IDENTIFIER value is an ordered list of non-negative numbers. For the SNMPv2 framework, each number in the list is referred to as a sub-identifier, there are at most 128 sub-identifiers in a value, and each sub-identifier has a maximum value of $2^{32}-1$ (4294967295 decimal). All OBJECT IDENTIFIER values have at least two sub-identifiers, where the value of the first sub-identifier is one of the following well-known names:

```
Value  Name
  0    ccitt
  1    iso
  2    joint-iso-ccitt
```

Additionally, the search returns another source for the definition of "object identifier" or "OID" at (oid.elibel.tm.fr/1.3.6.1.2.1.11)