IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1231-SLR |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

Plaintiff and Defendant, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which Defendant must file its Reply Brief in Support of its Motion for Summary Judgment through and including December 30, 2005.

/s/ George Pazuniak
George Pazuniak (#478)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
Attorneys for Plaintiff

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
Attorneys for Defendant

SO ORDERED this ____ day of December , 2005.

_____
U.S.D.J.