IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,**  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>**RADIANSE, INC.,**  )<br>  )<br>   Defendant.  )<br>  ) | Civil Action No.  04-1231 (SLR)<br><br>REDACTED VERSION |

### APPENDIX TO VERSUS'S BRIEF IN OPPOSITION TO RADIANSE'S MOTION FOR SUMMARY JUDGMENT

 

                                                                          CONNOLLY BOVE LODGE & HUTZ LLP

                                                                          George Pazuniak (DE #478)
                                                                          James M. Lennon (DE #4570)
                                                                          The Nemours Building
                                                                          1007 North Orange Street
                                                                          Wilmington, DE 19801
                                                                          (302) 658-9149

Dated:  December 21, 2005                                          *Attorneys for Plaintiff*
                                                                                *Versus Technology, Inc.*

**INDEX OF EXHIBITS IN APPENDIX**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Statement of Disputed Facts |
| B | Declaration of Walter S. Leipold |
| C | Deposition of Kim Donovan, September 26, 2005, pg. 1, 95 |
| D | Deposition of Steven Schiefen, August 22.2005, pg. 1, 99-100 |
| E | Declaration of Henry Tenarvitz |
| F | Production documents bearing bates numbers: R011514, R011523-R011524, R013113, R013126, R021292, R021325, R022604 and R024028. |
| G | Deposition of Michael K. Dempsey, August 2, 2005, pg. 1, 101-103 |
| H | Production documents bearing bates numbers: VER008888, VER009029 – VER009033 and VER009038 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2005, I electronically filed the foregoing **REDACTED VERSION OF THE APPENDIX TO VERSUS'S BRIEF IN OPPOSITION TO RADIANSE'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF, and served copies of the same, on this date, on the following individual in the manner indicated:

**By CM/ECF Notifcation and Hand Delivery:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*Counsel for Defendant, Radianse, Inc.*

                                                /s/ James M. Lennon
                                                George Pazuniak (#478)
                                                James M. Lennon (#4570)
                                                1007 North Orange Street
                                                P.O. Box 2207
                                                Wilmington, DE  19899
                                                (302) 888-6271

DATED:  December 21, 2005          *Attorneys for Plaintiff*
                                                *Versus Technology, Inc.*