# EXHIBIT C

CONFIDENTIAL

Page 1

1   Volume:    I

2   Pages:     1 - 122

3   Exhibits:  88

4   IN THE UNITED STATES DISTRICT COURT

5   FOR THE DISTRICT OF DELAWARE

6   ------------------------------------x

7   VERSUS TECHNOLOGY, INC.,

8         Plaintiff,

9   v.                        C.A. No. 04-1231 (SLR)

10  RADIANSE, INC.,

11        Defendant.   **CONFIDENTIAL**

12  ------------------------------------x

13        CONFIDENTIAL   *Confidential For Attorney's Eyes Only*

14        ATTORNEYS' EYES ONLY

15        DEPOSITION of KIM DONOVAN, a witness called

16  for examination by the Plaintiff, taken pursuant

17  to the Applicable Provisions of the Delaware

18  Rules of Civil Procedure, before Laurie K.

19  Langer, Registered Professional Reporter and

20  Notary Public in and for the Commonwealth of

21  Massachusetts, at the offices of Lahive &

22  Cockfield, 28 State Street, Boston,

23  Massachusetts, on Monday, September 26, 2005,

24  commencing at 9:00 a.m.    **ORIGINAL**

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

CONFIDENTIAL

Page 95

1
2
3
4
5
6
7
8
9
10       **REDACTED**
11
12
13
14
15
16
17
18
19
20
21
22
23
24