# EXHIBIT D

Confidential - Attorneys' Eyes Only

Page 1

```
 1                  Volume:    I
 2                  Pages:     1 - 152
 3                  Exhibits:  80 - 82
 4     IN THE UNITED STATES DISTRICT COURT
 5       FOR THE DISTRICT OF DELAWARE
 6    ------------------------------------x
 7   VERSUS TECHNOLOGY, INC.,
 8          Plaintiff,
 9      v.                C.A. No. 04-1231 (SLR)
10   RADIANSE, INC.,
11          Defendant.
12    ------------------------------------x
13                CONFIDENTIAL
14            ATTORNEYS' EYES ONLY
15         DEPOSITION of STEVEN SCHIEFEN, a witness
16   called for examination by the Plaintiff, taken
17   pursuant to the Applicable Provisions of the
18   Delaware Rules of Civil Procedure, before Laurie
19   K. Langer, Registered Professional Reporter and
20   Notary Public in and for the Commonwealth of
21   Massachusetts, at the offices of Lahive &
22   Cockfield, 28 State Street, Boston,
23   Massachusetts, on Monday, August 22, 2005,
24   commencing at 9:00 a.m.
```

*Confidential For Attorney's Eyes Only*

ORIGINAL

Confidential - Attorneys' Eyes Only

Page 99

1
2
3
4
5
6
7
8
9
10
11
12               **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24

Confidential - Attorneys' Eyes Only

Page 100

1
2
3
4
5
6
7
8
9
10
11
12    **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24