# EXHIBIT F

**Document Name:**

# RELEASE 1.1 EXTERNAL SPECIFICATION

**REDACTED**

CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R011514

Company Confidential
Radianse

**REDACTED**

CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R011523

**REDACTED**

CONFIDENTIAL ATTORNEYS
EYES ONLY
K913524

Company Confidential
Radianse



**Radianse**
Indoor Positioning

# What you've been looking for

# Affordable and Accurate Indoor Positioning Solutions

Radianse provides solutions for:
- Real-time asset location for asset tracking and asset utilization
- Real-time people location to reduce the risk of patient care and to provide better patient throughput
- Context association between people, things and places

Radianse provides a low-cost indoor positioning system (IPS) that accurately and continuously locates devices or people in any indoor space. This breakthrough technology is based on a patented location technique that uses both infrared and radio frequency signals to determine location. This dual-channel method along with advanced location algorithms makes a Radianse IPS affordable, robust and reliable. A web-based user interface contributes to ease of use.

Radianse receivers attach to your hospital's existing local area network (LAN), making installation simple, flexible and inexpensive. Radianse location information is easily integrated into existing applications that provide information via ODBC/JDBC, Java script, SMS and XML.

A Radianse IPS can be scaled to meet a broad range of needs and budgets, ensuring that we have an economical solution to meet the needs of your institution.

Radianse. We're what you've been looking for.



**Radianse**
Indoor Positioning

R 013113

# How to Find What You're Looking for

A Radianse IPS uses both infrared and radio frequency technologies. The gray circles, in the figure below, represent radio waves. These waves radiate out from the tags and one or more receivers pick up the signals. Unlike infrared, radio waves can travel through walls and fabric allowing the identification signal to be transmitted even when a sheet or other opaque material covers a transmitter.

The infrared signals, represented by the red concentric circles, do not penetrate walls. The IR provides additional resolution when an asset is placed near a wall, determining on which side of the wall the transmitter is positioned.

Thus, the radio transmission in the lower half of the figure is picked up by both the receiver in room 402 and the receiver in 403. While the radio alone can provide good location resolution, the IR allows the receiver to precisely pinpoint the location of the transmitter in room 402.





Radianse
Indoor Positioning

R 013126



# Installation and Administration Guide

w w w . r a d i a n s e . c o m

CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R021292

Indoor Positioning Solutions

**INSTALLING THE RADIANSE IPS**
*Testing and Tuning an Installation*

**REDACTED**

439 South Union St., Suite 403, Lawrence, Massachusetts 01843 978-974-9300

*Radianse Installation and Administration Guide Release 1.1*



CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R021325

An Infrared and Radio Frequency Based Location System
Draft 2.0
26.Nov.00
Michael K. Dempsey

**REDACTED**

CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R022604

**Steve Schiefen**

**From:**    Steve Schiefen
**Sent:**    Wednesday, May 25, 2005 2:21 PM

**REDACTED**

CONFIDENTIAL-ATTORNEY'S
EYES ONLY
R024028