# EXHIBIT G

Michael K. Dempsey  Attorneys' Eyes Only - Pursuant to the Protective Order  August 2, 2005
Boston, MA

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF DELAWARE
 3
 4    *****************************
 5                                *
 6    VERSUS TECHNOLOGY,          *
 7             Plaintiff,         * C.A. No.:
 8    vs.                         * 04-1231 (SLR)
 9                                *
10    RADIANSE, INC.,             *
11             Defendant.         *
12                                *
13    *****************************
14            DEPOSITION OF MICHAEL K. DEMPSEY,
15    a witness called on behalf of the
16    Plaintiff, Versus Technology, pursuant to
17    the applicable provisions of the Federal
18    Rules of Civil Procedure, before Patricia
19    Bracken, Certified Shorthand Reporter and
20    Notary Public, in and for the Commonwealth
21    of Massachusetts, at Lahive & Cockfield, 28
22    State Street, Boston, Massachusetts, on
23    Tuesday, August 2, 2005, commencing at
24    8:52 a.m.
25
```

Certified Copy

Michael K. Dempsey     Attorneys' Eyes Only - Pursuant to the Protective Order     August 2, 2005
Boston, MA

Page 101

1
2
3
4
5
6
7
8
9
10
11
12    **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25

Alderson Reporting Company
1111 14th Street, NW Suite 400     800-FOR-DEPO     Washington, DC 20005

Michael K. Dempsey     Attorneys' Eyes Only - Pursuant to the Protective Order     August 2, 2005
Boston, MA

Page 102

1
2
3
4
5
6
7
8
9
10
11
12                              **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25

Alderson Reporting Company
1111 14th Street, NW Suite 400     800-FOR-DEPO     Washington, DC 20005

Michael K. Dempsey          Attorneys' Eyes Only - Pursuant to the Protective Order          August 2, 2005
                                          Boston, MA

Page 103

1
2
3
4
5
6
7
8
9
10
11
12                              **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25