IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1231--SLR |
| ) | |
| RADIANSE, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF NATHANIEL M. SIMS

I, Nathaniel M. Sims, being duly sworn, hereby depose and say as follows:

1.   I have been retained as an expert witness by Radianse, Inc. in this action.

2.   I previously submitted two reports, entitled "Expert Report of Nathaniel M. Sims" and "Expert Report of Nathaniel M. Sims Regarding Non-Infringement" in this action (collectively, the "Sims Reports").

3.   I incorporate the Sims Reports herein by reference, including any and all attachments thereto, and repeat each statement made by me in the Sims Reports as if they were stated here in full. Exhibit A documents evidencing my statement in Paragraph 19 of the Expert Report of Nathaniel M. Sims that the technology of the Welch '363 patent was developed at least as early as November 10, 1989.

Signed under the pains and penalties of perjury this 28 day of December, 2005.

*Nathaniel M Sims*
Nathaniel M. Sims, M.D.

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS:

Then appeared before me the above-named Nathaniel M. Sims and gave oath that the foregoing statements, and those in the above-referenced Report of Nathaniel M. Sims and Report of Nathaniel M. Sims Regarding Non-Infringement are true on the basis of his personal knowledge.

*Nancy C McCoy*
Notary Public

My commission expires: 2.28.07

Dated: December 28, 2005