**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,**   )<br>                                                      )<br>            **Plaintiff,**                   )<br>                                                      )<br>      v.                                          )     Civil Action No.  04-1231 (SLR)<br>                                                      )<br>**RADIANSE, INC.**                    )<br>                                                      )<br>            **Defendant.**              )<br>                                                      ) | |

**ORDER GRANTING VERSUS'S MOTION TO STRIKE**

The Court, having reviewed Plaintiff Versus Technology, Inc.'s ("Versus") Motion "To Strike and Preclude the Affidavit and Unproduced Documents Filed with Radianse's Reply Brief" (the "Motion"), and being otherwise duly advised in the premises, it is hereby ORDERED that Versus's Motion is GRANTED.

IT IS SO ORDERED.

DATE: _____          _____
                                                            Hon. Sue L. Robinson
                                                            Chief Judge, United States District Court
                                                            District of Delaware