## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VERSUS TECHNOLOGY, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 04-1231 (SLR)** |
| ) | |
| **RADIANSE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's Notice of deposition of Dr. Nathaniel Sims** were served upon the following attorneys of record in the manner indicated on January 19, 2006.

**BY HAND AND E-MAIL**
Josy W. Ingersoll
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY E-MAIL**
Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

 /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6271

DATED: January 19, 2006        *Attorney for plaintiff, Versus Technology, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR  LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for defendant, Radianse, Inc.*

     /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6271
DATED:  January 19, 2006    *Attorney for plaintiff, Versus Technology, Inc.*