IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1231-SLR |
| ) | |
| RADIANSE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

Plaintiff and Defendant, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which Defendant must file and serve its Answering Brief in Opposition to Versus's Motion to Strike and Preclude the Affidavit and Unproduced Documents Filed with Radianse's Reply Brief in Support of its Motion for Summary Judgment (D.I. 128), through and including January 23, 2006.

/s/ James M. Lennon (#4570)                                    Karen E. Keller
_____                    _____
George Pazuniak (#478)                                            Josy W. Ingersoll (#1088)
James M. Lennon (#4570)                                         Karen E. Keller (#4489)
CONNOLLY BOVE LODGE & HUTZ LLP          YOUNG CONAWAY STARGATT &
The Nemours Building                                                    TAYLOR, LLP
1007 North Orange Street                                         The Brandywine Building
Wilmington, Delaware 19801                                   1000 West Street, 17th Floor
(302) 658-9141                                                             P.O. Box 391
jlennon@cblh.com                                                       Wilmington, Delaware 19899-0391
Attorneys for Plaintiff                                                  (302) 571-6672
                                                                                     kkeller@ycst.com
                                                                                     Attorneys for Defendant

SO ORDERED this ____ day of January, 2006.

_____
U.S.D.J.