# EXHIBIT 1

Sims.txt

1

|            |    |     |                                                |
|------------|----|-----|------------------------------------------------|
|            | 1  |     | ROUGH DRAFT DEPOSITION                         |
|            | 2  |     | OF NATHANIEL M SIMS.                           |
| 08:52:47   | 3  |     |                                                |
|            | 4  |     | DIRECT EXAMINATION                             |
| 09:16:28   | 5  |     | BY MR. LENNON:                                 |
| 09:16:28   | 6  | Q.  | Doctor Sims, could you please state your       |
| 09:16:32   | 7  |     | full name for the records?                     |
| 09:16:33   | 8  | A.  | Nathan Merriman Sims.                          |
| 09:16:35   | 9  | Q.  | Okay. Doctor Sims, you understand that         |
| 09:16:38   | 10 |     | you're here to testify as a technical expert   |
| 09:16:41   | 11 |     | on behalf of Radianse?                         |
| 09:16:42   | 12 | A.  | That's correct.                                |
| 09:16:43   | 13 | Q.  | And that you'll be providing opinion           |
| 09:16:47   | 14 |     | testimony as well as fact testimony for        |
| 09:16:49   | 15 |     | Radianse?                                      |
| 09:16:50   | 16 | A.  | That's correct.                                |
| 09:16:50   | 17 | Q.  | Have you ever been deposed before?             |
| 09:16:53   | 18 | A.  | Yes, I have.                                   |
| 09:16:53   | 19 | Q.  | How many times have you been deposed before?   |
| 09:16:56   | 20 | A.  | I believe only once.                           |
| 09:16:57   | 21 | Q.  | And what was the matter?                       |
| 09:17:02   | 22 | A.  | It was approximately ten years ago. It was     |
| 09:17:04   | 23 |     | in connection with a medical malpractice       |
| 09:17:08   | 24 |     | suit. I was a technical expert for one of      |
| 09:17:13   | 25 |     | the parties.                                   |

ALDERSON REPORTING

2

|            |    |     |                                                |
|------------|----|-----|------------------------------------------------|
| 09:17:14   | 1  | Q.  | Can you just say generally what the            |
| 09:17:18   | 2  |     | technical area was that you were?              |

Page 1

Sims.txt

127

| | | | |
|---|---|---|---|
| 14:13:56 | 1 | A. | It feels like you're putting words in my |
| 14:13:59 | 2 | | mouth that don't seem relevant to the topic, |
| 14:14:04 | 3 | | so it's hard for me to engage with your |
| 14:14:06 | 4 | | question in providing a yes or a no to what |
| 14:14:14 | 5 | | you're adding to what's already been written |
| 14:14:16 | 6 | | which I, in my opinion, as an expert is |
| 14:14:20 | 7 | | clear. |
| 14:14:20 | 8 | Q. | Okay, so just to make it clear, he's not |
| 14:14:23 | 9 | | giving an answer on the record. Let's just |
| 14:14:27 | 10 | | move on through. |
| 14:14:39 | 11 | | MR. REPPERT: Let me just say that |
| 14:14:41 | 12 | | he has given answers to every question. |
| 14:14:43 | 13 | | He's been asked substantively in the |
| 14:14:45 | 14 | | questions he's been asked about ten times or |
| 14:14:47 | 15 | | fifteen times the same questions and he's |
| 14:14:52 | 16 | | given the same answer. |
| 14:14:53 | 17 | Q. | Now you asserted that you and doctor Welch |
| 14:14:58 | 18 | | conceived of the inventions claimed in the |
| 14:15:02 | 19 | | 363 patent prior to the filing of the 791 |
| 14:15:07 | 20 | | patent, is that correct? |
| 14:15:10 | 21 | A. | Yes, we have asserted that we can swear |
| 14:15:15 | 22 | | behind our own filing date relative to the |
| 14:15:20 | 23 | | due diligence of the work that was required |
| 14:15:27 | 24 | | to -- before the patent was filed. |
| 14:15:31 | 25 | Q. | Do you plan to produce any additional |

ALDERSON REPORTING

128

| | | | |
|---|---|---|---|
| 14:15:33 | 1 | | documents to corroborate your assertion that |
| 14:15:36 | 2 | | you would conceived of this invention prior |

Page 113

Sims.txt

| | | | |
|---|---|---|---|
| 14:15:38 | 3 | | to the filing of the 791 patent? |
| 14:15:47 | 4 | A. | We could. |
| 14:15:47 | 5 | Q. | Currently do you have any plans to do so? |
| 14:15:47 | 6 | A. | They would be responsive to some sense of |
| 14:15:49 | 7 | | need to do so. |
| 14:15:49 | 8 | Q. | Do you know of any plan right as we speak |
| 14:15:53 | 9 | | right now to -- for you to further produce |
| 14:15:56 | 10 | | documents? |
| 14:15:56 | 11 | A. | Nobody has asked me to further produce |
| 14:15:59 | 12 | | documents, but as with any massive project, |
| 14:16:07 | 13 | | there's almost -- there's a very large |
| 14:16:10 | 14 | | number of documents that could be produced |
| 14:16:18 | 15 | | and I wouldn't hesitate to do so, you know, |
| 14:16:21 | 16 | | should circumstances require it.  Bare in |
| 14:16:29 | 17 | | mind there's an entire file history at fish |
| 14:16:34 | 18 | | and Richardson.  There's an entire history |
| 14:16:36 | 19 | | at Mass. General and all of the documents |
| 14:16:38 | 20 | | that I've produced are from my own personal |
| 14:16:41 | 21 | | files, so we haven't even begun to ask for |
| 14:16:46 | 22 | | the institutional files on the project. |
| 14:16:47 | 23 | Q. | You haven't asked for anything in that |
| 14:16:49 | 24 | | capacity? |
| 14:16:50 | 25 | A. | I did make one request. |

ALDERSON REPORTING

129

| | | | |
|---|---|---|---|
| 14:16:53 | 1 | Q. | When was that? |
| 14:16:55 | 2 | A. | I don't remember. |
| 14:16:55 | 3 | Q. | Was it within the last month? |
| 14:17:00 | 4 | A. | No, I suspect it was a little before that. |
| 14:17:03 | 5 | Q. | Was it within the last two months? |

Page 114

