# EXHIBIT 5



# LAHIVE & COCKFIELD
L L P

COUNSELLORS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1784
TELEPHONE (617) 227-7400
FAX (617) 742-4214
www.lahive.com

JOHN A. LAHIVE, JR. (1928-1997)
JAMES E. COCKFIELD (1930-2005)
THOMAS V. SMURZYNSKI
GIULIO A. DeCONTI, JR.
ELIZABETH A. HANLEY
AMY BAKER MANDRAGOURAS
ANTHONY A. LAURENTANO
KEVIN J. CANNING
JANE E. REMILLARD
DEBRA J. MILASINCIC, Ph.D.
MEGAN E. WILLIAMS, Ph.D.
WILLIAM A. SCOFIELD, JR.
SIBLEY P. REPPERT
JOHN D. LANZA
DAVID R. BURNS
JOHN S. CURRAN
SEAN D. DETWEILER
HATHAWAY P. RUSSELL *
MARIA LACCOTRIPE ZACHARAKIS, Ph.D.

DANIELLE L. HERRITT
EUIHOON LEE **
MANEESH GULATI
CYNTHIA M. SOROOS
PETER W. DINI, Ph.D.
MICHAEL J. BASTIAN, Ph.D.
CHRISTOPHER J. McKENNA
VINCENT P. LOCCISANO
JAMES M. McKENZIE
CYNTHIA M. GILBERT
LEIGH J. MARTINSON
JILL R. GORNY
SAPNA MEHTANI, Ph.D.

OF COUNSEL
JEREMIAH LYNCH
JEANNE M. DiGIORGIO
CYNTHIA L. KANIK, Ph.D.

PATENT AGENTS
JONATHAN M. SPARKS, Ph.D.
CRISTIN E. HOWLEY, Ph.D.
JILL ANN MELLO, Ph.D.
CHRISTOPHER E. DRABIK
JAMES H. VELEMA
JACOB G. WEINTRAUB
BRIAN C. TRINQUE, Ph.D.

TECHNICAL SPECIALISTS
CATHERINE M. BISHOP
DEBORAH L. NAGLE, Ph.D.
ANNE JACQUELINE WIZEMAN, Ph.D.
CHRISTOPHER R. COWLES, Ph.D.
W. ELANA WANG
MEAGHAN L. RICHMOND, Ph.D.
SHARON M. WALKER, Ph.D.

* Admitted in TX only
** Admitted in CT only

July 21, 2005

James M. Lennon, Esq.
Connolly Bove Lodge & Hutz LLP
Nemours Building
1007 Orange Street
Wilmington, DE 19801

    Re:    <u>**Versus Technology, Inc. v. Radianse, Inc.**</u>

Dear Jim:

    I enclose the Acknowledgment signed by Nathaniel M. Sims, whom we have retained as an expert witness, and his curriculum vitae.

                          Sincerely yours,

                          Sibley P. Reppert

SPR/lml
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vi. | ) ) | Civil Action No. 04-1231--SLR |
| RADIANSE, INC. | ) ) ) | |
| Defendant. | ) | |

## ACKNOWLEDGEMENT

I, NATHANIEL M. SIMS, hereby acknowledge receipt of a copy of the Stipulated Protective Order ("Order") in the above captioned action. I am familiar with the provisions of the Order and agree to be bound by it. I agree not to copy or to use any Confidential Information for any purpose other than in connection with the instant action, and agree not to reveal any or all such Confidential Information to any person not authorized by this Order.

I further acknowledge and understand that for any violation of the provisions of said Order I am subject to the penalties of the Court and any and all penalties imposed upon me by law. I hereby submit to the jurisdiction of the Federal District Court for the District of Delaware for the purpose of enforcement of the Order and voluntarily waive any and all objections to jurisdiction and venue with regard to the same.

_Nathaniel M Sims_                 _7-18-05_
Name                              Dated

## CURRICULUM VITAE

**DATE PREPARED:** July 21, 2005

**PART I: General Information**

**Name:**        Nathaniel Merriman Sims

**Home Address:** 378 Canton Avenue
Milton, MA 02186  United States

**Office Address:** Department of Anesthesia
55 Fruit Street, Massachusetts General Hospital
c/o Biomedical Engineering CLN 237
Boston, MA 02114  United States
**Phone:**        (617) 726-2450
**Email:**        nsims@partners.org
**Place of Birth:** Burlington, Vermont

**Education:**

| | |
|---|---|
| 1975 | B.A., Harvard College |
| 1979 | M.D., Columbia U. Col. Of Physicians And Surgeons |

**Postdoctoral Training:**

| | |
|---|---|
| 1979-1980 | Intern in Surgery, Massachusetts General Hospital |
| 1980-1981 | Resident in Surgery, Massachusetts General Hospital |
| 1981 | Resident in Orthopaedics, Harvard Combined Orthopaedic Residency Program |
| 1982-1985 | Resident in Anaesthesia, Massachusetts General Hospital |
| 1984-1985 | Fellow in Cardiac Anesthesia, Massachusetts General Hospital |

**Licensure and Certification:**

| | |
|---|---|
| 1981 | Diplomate, National Board of Medical Examiners |
| 1981 | Massachusetts Registered Physician |
| 1987 | Diplomate, American Board of Anesthesiology |

**Academic Appointments:**

| | |
|---|---|
| 1979-1981 | Clinical Fellow in Surgery, Surgery-Massachusetts General Hospital, Boston, MA |
| 1981 | Clinical Fellow in Orthopedic Surgery, Orthopedic Surgery-BWH, |