**EXHIBIT 6**

## James M. Lennon

**From:** Sibley Reppert [spr@lahive.com]
**Sent:** Thursday, August 25, 2005 10:20 AM
**To:** George Pazuniak
**Cc:** James M. Lennon
**Subject:** time to talk

**Attachments:** Invalidity claim chart-WelchSims.doc



Invalidity claim chart-WelchSi...

　　　　Dear George,

In the hope that it will assist the parties to find a way to resolve this case without further needless expense, I suggest you take a look at the Welch/Sims patent described in the attached claim chart.  Dr. Sims is our expert, and has incontrovertable proof that the invention covered by his patent dates back to 1989.  As such, it is dead on as a 102 reference.  We have some other equally persuasive evidence invalidating the '195 patent.  While expert reports are  postponed a month, it seems to me that it is time for a reality check.  Now that discovery is basically done, each side has a pretty good an idea how good a hand it is holding, and it makes sense for our respective clients to talk.  Please let me know if you concur.

Sib

| USP RE 36,791 | USP 5,319,363 (Welch/Sims) |
|---|---|
| **Clm 25.** A location system for locating objects within a tracking environment using area-detection by receivers that receive electromagnetic transmissions *from assigned areas*, comprising: | Col. 2, ln. 58 - Col 3, ln. 14. |
| for each object, a TAG transmitter for transmitting, at selected intervals, TAG transmissions that include a unique TAG ID; | Col. 2, ln. 58-67; Col. 7, ln. 51-52; Col. 8, ln. 41-46; |
| an array of receivers distributed within the tracking area, with each receiver being configured to receive TAG transmissions from *an assigned area of a predetermined size*; | Col. 2, ln. 60-64; Col. 8, ln. 34-40 |

| | |
|---|---|
| *each receiver including a data communications controller responsive to the receipt of a TAG transmission for providing a corresponding area-detection packet that includes the received TAG ID; and* | Col. 2, ln. 65-67; Col 8, ln. 46-49 |
| a location processor for receiving the area-detection packets, and for determining the location of each TAG, and its associated object, *based on the identity of the receiver receiving the TAG transmissions for that TAG*. | Col. 2, ln. 68-Col. 3, ln. 14; Col. 7, ln. 47-57; Col. 8, ln. 46-55 |

| | |
|---|---|
| **Clm 48.** A method of locating objects within a tracking environment using area-detection by receivers that receive electromagnetic transmissions *from assigned areas*, comprising: | Col. 2, ln. 58-Col 3, ln. 14. |
| for each object, providing a TAG transmitter for transmitting, at selected intervals, TAG transmissions that include a unique TAG ID; | Col. 2, ln. 58-67; Col. 7, ln. 51-52; Col. 8, ln. 41-46; |
| providing an array of receivers distributed within the tracking area, with each receiver being configured to receive TAG transmissions *from an assigned area of a predetermined size*; | Col. 2, ln. 60-64; Col. 8, ln. 34-40 |

| | |
|---|---|
| *each receiver being responsive to the receipt of a TAG transmission for providing a corresponding area-detection packet that includes the received TAG ID; and* | Col. 2, ln. 65-67; Col 8, ln. 46-49 |
| determining the location of each TAG, and its associated object, *based on the identity of the receiver* receiving the TAG transmissions for that TAG as represented by the area-detection packet provided by such receiver that received the TAG transmissions. | Col. 2, ln. 68-Col. 3, ln. 14; Col. 7, ln. 47-57; Col. 8, ln. 46-55 |

| | |
|---|---|
| **Clm 66.** A location system for locating objects within a tracking environment using area-detection by receivers that receive transmissions from assigned areas, comprising: | Col. 2, ln. 58-Col 3, ln. 14. |
| for each object, a TAG transmitter for transmitting at selected intervals, TAG transmissions that include a unique TAG ID; | Col. 2, ln. 58-67; Col. 7, ln. 51-52; Col. 8, ln. 41-46; |
| an array of receivers distributed within the tracking area, with each receiver being configured to receive TAG transmissions from an assigned area of a predetermined size; | Col. 2, ln. 60-64; Col. 8, ln. 34-40 |

| | |
|---|---|
| each receiver including a data communications controller responsive to the receipt of a TAG transmission for providing a corresponding area-detection packet that includes the received TAG ID; | Col. 2, ln. 65-67; Col 8, ln. 46-49 |
| a location processor for receiving the area-detection packets, and for determining the location of each TAG, and its associated object, based on the identity of the receiver receiving the TAG transmissions for that TAG; and | Col. 2, ln. 68-Col. 3, ln. 14; Col. 7, ln. 47-57; Col. 8, ln. 46-55 |

| | |
|---|---|
| a local area network, said array of receivers being coupled to the location processor by said local area network, with each receiver including a LAN interface, such that the area detection packets are communicated to the location processor over said LAN. | Col. 3, ln 9-12; Col. 7, ln 44-56; Col. 8, ln 46-55 |