IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1231 (SLR) |
| | ) | |
| RADIANSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE**

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.2.(a)(3) defendant Radianse, Inc. intends to rely upon its brief in support of its Motion for Leave to File Supplemental Memorandum in Support of Radianse's Motions for Summary Judgment and to Dismiss for Lack of Standing (D.I. 139) and waives its right to file a reply brief.

Respectfully Submitted,

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Radianse, Inc.*

Of Counsel:

Sibley P. Reppert
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA  02109-1784
(617) 227-7400

Dated:  March 8, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certifies that on March 8, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> George Pazuniak, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

I further certify that on March 8, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Monté T. Squire
> _____
> Monté T. Squire (No. 4764)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> msquire@ycst.com
>
> Attorneys for Radianse, Inc.