# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL:  302-571-6672
DIRECT FAX:   302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 30, 2006

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Versus Technology, Inc. v. Radianse, Inc.*
               Civil Action No. 04-1231-SLR

Dear Chief Judge Robinson:

      I enclose a letter to the Court from lead trial counsel for Radianse regarding a trial scheduling issue in this case.

                                         Respectfully submitted,

                                         Josy W. Ingersoll (No. 1088)

JWI:cg
Enclosure

cc:   Clerk of the Court (w/enc. by E-File and Hand Delivery)
       George Pazuniak, Esquire (w/enc. by E-File and Hand Delivery)
       Sibley P. Reppert, Esquire (w/enc. by E-mail)

DB01:2057009.1

063582.1001