

## LAHIVE & COCKFIELD LLP

COUNSELLORS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1784
TELEPHONE (617) 227-7400
FAX (617) 742-4214
www.lahive.com
lc@lahive.com

JOHN A. LAHIVE, JR. (1928-1997)
JAMES E. COCKFIELD (1930-2005)
THOMAS V. SMURZYNSKI
GIULIO A. DeCONTI, JR.
ELIZABETH A. HANLEY
AMY BAKER MANDRAGOURAS
ANTHONY A. LAURENTANO
KEVIN J. CANNING
JANE E. REMILLARD
DEBRA J. MILASINCIC, Ph.D.
MEGAN E. WILLIAMS, Ph.D.
WILLIAM A. SCOFIELD, JR.
SIBLEY P. REPPERT
DAVID R. BURNS
JOHN S. CURRAN
SEAN D. DETWEILER
HATHAWAY P. RUSSELL *
MARIA LACCOTRIPE ZACHARAKIS, Ph.D.
DANIELLE L. HERRITT

EUIHOON LEE **
MANEESH GULATI
CYNTHIA M. SOROOS
PETER W. DINI, Ph.D.
MICHAEL J. BASTIAN, Ph.D.
JAMES M. McKENZIE
JILL R. GORNY
SAPNA MEHTANI, Ph.D.
JACOB G. WEINTRAUB
LAURA C. DILORENZO

OF COUNSEL
JEREMIAH LYNCH
JEANNE M. DIGIORGIO
CYNTHIA L. KANIK, Ph.D.
BENEDICT A. MONACHINO

PATENT AGENTS
CRISTIN HOWLEY COWLES, Ph.D.
JILL ANN MELLO, Ph.D.
JAMES H. VELEMA
BRIAN C. TRINQUE, Ph.D.

TECHNICAL SPECIALISTS
CATHERINE M. BISHOP
DEBORAH L. NAGLE, Ph.D.
ANNE JACQUELINE WIZEMAN, Ph.D.
CHRISTOPHER R. COWLES, Ph.D.
W. ELANA WANG
MEAGHAN L. RICHMOND, Ph.D.
SHARON M. WALKER, Ph.D.
ALISSA H. FARIS
SEAN R. MacDAVITT
ANITA M. BOWLES, Ph.D.

* Admitted in TX only
** Admitted in CT only

March 29, 2006

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    **Versus Technology, Inc. v. Radianse, Inc.**
             **Civil Action No. 04-1231-SLR**

Dear Chief Judge Robinson:

      As counsel for the defendant, Radianse, Inc., in the above-captioned case, I am writing to request a short postponement in the trial date, now scheduled for May 15, 2006, for personal reasons. Counsel for the plaintiff, Versus Technology, Inc., graciously concurs in this request.

      At the time the trial date was established, I did not realize that my daughter would be graduating from the U.S. Naval Academy on May 26, and that the week preceding graduation contains a succession of activities and events that parents are strongly urged to attend. My family has rented a house in Annapolis for the period May 21-27 and a total of 27 relatives and friends from around the country are showing up at various times to attend the graduation-related events. My wife is relying on me to organize and participate in these events.

      I intended to bring this to the Court's attention in person at the time of the pre-trial conference scheduled for April 4, but that conference has now been rescheduled to May 1. I

The Honorable Sue L. Robinson
Page 2
March 29, 2006

sincerely apologize for any inconvenience that the Court may face in rescheduling the trial date, and appreciate the Court's consideration.

                        Respectfully submitted,

                        Sibley P. Reppert

SPR:lml

cc:    George Pazuniak, Esq.
        Josy W. Ingersoll, Esq.