IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
VERSUS TECHNOLOGY, INC.         :
                                :
        Plaintiff,              :   C. A. NO. 04-1231-SLR
                                :
        v.                      :
                                :
RADIANSE, INC.                  :
                                :
        Defendant.              :
_____  :

PLAINTIFF'S AND DEFENDANT'S JOINT MOTION
FOR ENTRY OF CONSENT JUDGMENT AND ORDER

Plaintiff Versus Technology, Inc. ("Versus") and Defendant Radianse, Inc. ("Radianse") have settled this action, conditioned upon entry of the attached proposed Consent Judgment and Order.

Accordingly, the parties jointly move for entry of this stipulated motion and entry of the attached Consent Judgment and Order.

Date:   April 26, 2006                              Respectfully submitted,

*s/ James M. Lennon*_____        *s/ Josy W. Ingersoll*_____
George Pazuniak (DE #478)                 Josy W. Ingersoll (#1088)
Gerard M. O'Rourke (DE #3265)             YOUNG CONAWAY STARGATT
James M. Lennon (DE#4570)                 & TAYLOR  LLP
CONNOLLY BOVE LODGE & HUTZ LLP            The Brandywine Building
The Nemours Building–8th Floor            1000 West Street, 17th Floor
1007 North Orange Street                  P.O. Box 391
P.O. Box 2207                             Wilmington, DE 19899-0391
Wilmington, DE 19899-2207                 (302) 571-6600
(302) 658-9141
                                          Sibley P. Reppert
*Attorneys for Plaintiff,*                William A. Scofield, Jr.
*Versus Technology, Inc.*                 LAHIVE & COCKFIELD
                                          28 State Street
                                          Boston, MA 02109-1784

                                          *Attorneys for Defendant,*
                                          *Radianse, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served copies of the same on this date the following individuals in the manner indicated:

**By Hand, CM/ECF Notification and E-mail:**
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Counsel for defendant, Radianse, Inc.*

**By E-mail:**
Sibley P. Reppert
spr@lahive.com
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

*Co-Counsel for defendant, Radianse, Inc.*

    /s/ James M. Lennon
George Pazuniak (#478)
James M. Lennon (#4570)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6271

DATED: April 26, 2006     *Attorney for plaintiff, Versus Technology, Inc.*

2