IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSUS TECHNOLOGY, INC. : | |
| : | |
| Plaintiff, : | C. A. NO. 04-1231-SLR |
| : | |
| v. : | |
| : | |
| RADIANSE, INC. : | |
| : | |
| Defendant. : | |

CONSENT JUDGMENT AND ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over Defendant and the subject matter of this action.

2. U.S. Patent No. 6,154,139 (the '139 patent'), duly and legally issued on November 28, 2000 to Alan C. Heller, for an invention entitled 'Method and System for Locating Subjects within a Tracking Environment', is valid and legally enforceable by Versus, the assignee, and the Patent remains valid and enforceable.

3. U.S. Reissue Patent No. Re. 36,791 (the '791 patent'), duly and legally issued on July 25, 2000 to Alan C. Heller, for an invention entitled 'Location System Adapted For Use In Multipath Environments', is valid and legally enforceable by Versus, the exclusive licensee, and the Patent remains valid and enforceable.

4. U.S. Patent No. 5,572,195 (the '195 patent'), duly and legally issued on November 5, 1996 to Alan C. Heller, for an invention entitled 'Sensory and Control System for Local Area Networks', is valid and legally enforceable by Versus, the exclusive licensee, and the Patent remains valid and enforceable.

5. U.S. Patent No. 5,027,314 (the '314 patent'), duly and legally issued on June 25, 1991 to Gary Linwood and Wayne Duncan, for an invention entitled "Apparatus and

Method for Position Reporting', is valid and legally enforceable by Versus, the assignee, and the Patent remains valid and enforceable.

6. All claims and counterclaims in this action between the parties are dismissed with prejudice.

7. Each party will bear its own costs and attorneys' fees.

8. This Court will retain jurisdiction to enforce the Settlement Agreement between these parties, finally executed April 20, 2006.

IT IS SO ORDERED.

Enter: _April 26_, 2006

_____
United States District Judge