REVIEWED
By Larisha Davis at 11:43 am, Jun 20, 2007

CLOSED, PATENT, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01231-SLR
### Internal Use Only

| | |
|---|---|
| Versus Technology v. Radianse Inc. | Date Filed: 09/03/2004 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 04/27/2006 |
| Demand: $0 | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Versus Technology Inc.** | represented by | **Gerard M. O'Rourke** |
| | | Womble Carlyle Sandridge & Rice |
| | | 222 Delaware Avenue |
| | | Wilmington, DE 19801 |
| | | 302-777-3611 |
| | | Email: gorourke@wcsr.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Michael Lennon** |
| | | Womble Carlyle Sandridge & Rice, PLLC |
| | | 222 Delaware Avenue, Suite 1500 |
| | | Wilmington, DE 19801 |
| | | Email: jlennon@wcsr.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Radianse Inc.** | represented by | **Josy W. Ingersoll** |
| | | Young, Conaway, Stargatt & Taylor |
| | | The Brandywine Building |
| | | 1000 West Street, 17th Floor |
| | | P.O. Box 391 |
| | | Wilmington, DE 19899-0391 |
| | | (302) 571-6600 |
| | | Email: jingersoll@ycst.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christian D. Wright** |
| | | Young, Conaway, Stargatt & Taylor |

        The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
Fax: (302) 576-3347
Email: cwright@ycst.com
*TERMINATED: 07/12/2005*
*ATTORNEY TO BE NOTICED*

**Glenn Christopher Mandalas**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 08/26/2005*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Radianse Inc.**　　　　　　　represented by **Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Versus Technology Inc.**　　　represented by **Gerard M. O'Rourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James Michael Lennon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| **Radianse Inc.** | represented by **Josy W. Ingersoll** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Versus Technology Inc.** | represented by **Gerard M. O'Rourke** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Radianse Inc.** | represented by **Josy W. Ingersoll** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Versus Technology Inc.** | represented by **Gerard M. O'Rourke** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Radianse Inc.**

**Counter Claimant**

**Radianse Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136810 (els) (Entered: 09/07/2004) |
| 09/03/2004 | | DEMAND for jury trial by Versus Technology (els) (Entered: 09/07/2004) |
| 09/03/2004 | | SUMMONS(ES) issued for Radianse Inc. (els) (Entered: 09/07/2004) |
| 09/03/2004 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 5,027,314; 5,572,195; Re. 36,791; 6,154,139 (els) (Entered: 09/07/2004) |
| 09/15/2004 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 09/15/2004) |
| 09/21/2004 | 4 | STIPULATION to extend time for deft. to respond to complaint; with |

| | | |
|---|---|---|
| 04/04/2005 | 43 | ANSWERING BRIEF in Opposition re 35 MOTION to Amend/Correct [18] Order,,,,,,,,,,,,,,,,,,,,,,,,,,, *to Amend Scheduling Order to Lift Stay Of Discovery Regarding Its Amended Counterclaim* filed by Versus Technology Inc..Reply Brief due date per Local Rules is 4/11/2005. (Attachments: # 1 Exhibit A)(Lennon, James) (Entered: 04/04/2005) |
| 04/06/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 4/6/2005. (Court Reporter V. Gunning.) (fmt, ) (Entered: 04/06/2005) |
| 04/11/2005 | 44 | SEALED REPLY BRIEF re 35 MOTION to Amend/Correct [18] Order,,,,,,,,,,,,,,,,,,,,,,,,,, *to Amend Scheduling Order to Lift Stay Of Discovery Regarding Its Amended Counterclaim* filed by Radianse Inc.. (Ingersoll, Josy) (Entered: 04/11/2005) |
| 04/11/2005 | 45 | TRANSCRIPT of Discovery Conference held on 4/6/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 04/11/2005) |
| 04/13/2005 | | Set Deadlines/Hearings: 2nd Discovery Conference set for 5/24/2005 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld, ) (Entered: 04/13/2005) |
| 04/13/2005 | 46 | MEMORANDUM ORDER denying [8] Motion to Dismiss . Signed by Judge Sue L. Robinson on 4/13/05. (rld, ) (Entered: 04/13/2005) |
| 04/13/2005 | 47 | RESPONSE to Motion re 39 MOTION to Amend/Correct [1] Complaint filed by Radianse Inc.. (Ingersoll, Josy) (Entered: 04/13/2005) |
| 04/13/2005 | 48 | Letter to Clerk - Dr. Peter T. Dalleo from George Pazuniak regarding Scheduling of Discovery Conference. (Pazuniak, George) (Entered: 04/13/2005) |
| 04/15/2005 | 49 | STIPULATION Accepting withdrawal of motion for leave to file amended complaint and opposition thereto, and further granting leave to re-file both re 47 Response to Motion, 39 MOTION to Amend/Correct [1] Complaint by Versus Technology Inc., Radianse Inc.. (Lennon, James) Modified on 4/18/2005 (fmt, ). (Entered: 04/15/2005) |
| 04/18/2005 | 50 | ANSWER to Counterclaim *titled PLAINTIFFS REPLY TO DEFENDANTS SECOND AMENDED COUNTERCLAIM (Second Amended Counterclaim filed by Radianse on 3/28/2005); this Reply submitted on 4/18/2005* by Versus Technology Inc..(Lennon, James) (Entered: 04/18/2005) |
| 04/19/2005 | | SO ORDERED, re 49 Proposed Order, filed by Versus Technology Inc., Radianse Inc., Motion terminated: 39 MOTION to Amend/Correct [1] Complaint filed by Versus Technology Inc., and deft.'s answering brief to said motion (D.I. 47) are both withdrawn with leave to re-file. Signed by Judge Sue L. Robinson on 4/19/05. (rld, ) (Entered: 04/19/2005) |
| 04/21/2005 | 51 | NOTICE OF SERVICE of Radianse's Response to Versus' Second Set of Requests for Production of Documents and Things (NO. 54) re 37 Notice of Service by Radianse Inc.. Related document: 37 Notice of Service |

| | | |
|---|---|---|
| | | filed by Versus Technology Inc.,.(Shaw, John) (Entered: 04/21/2005) |
| 04/26/2005 | 52 | REDACTED VERSION of 44 Reply Brief *In Support of Defendant's Motion to Amend Scheduling Order to Lift A Stay of Discovery Regarding its Counterclaim* by Radianse Inc.. (Attachments: # 1) (Ingersoll, Josy) (Entered: 04/26/2005) |
| 05/02/2005 | 53 | NOTICE OF SERVICE of Plaintiff's Responses to Radianse Inc.'s Second Set of Requests for Documents and Things re 42 Notice of Service by Versus Technology Inc.. Related document: 42 Notice of Service filed by Radianse Inc.,.(Lennon, James) (Entered: 05/02/2005) |
| 05/04/2005 | 54 | NOTICE OF SERVICE of Radianse, Inc.'s Third Set of Requests for Documents and Things (58-108) by Radianse Inc..(Ingersoll, Josy) (Entered: 05/04/2005) |
| 05/12/2005 | 55 | MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal - filed by Radianse Inc.. (Wright, Christian) (Entered: 05/12/2005) |
| 05/12/2005 | 56 | SEALED OPENING BRIEF in Support re 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Radianse Inc..Answering Brief/Response due date per Local Rules is 5/26/2005. (Wright, Christian) (Entered: 05/12/2005) |
| 05/12/2005 | 57 | SEALED AFFIDAVIT of Paul Tessier re 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Radianse Inc.. (Wright, Christian) Additional attachment(s) added on 5/12/2005 (rld, ). (Entered: 05/12/2005) |
| 05/12/2005 | 58 | SEALED AFFIDAVIT of Michael Dempsey re 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Radianse Inc.. (Wright, Christian) Additional attachment(s) added on 5/13/2005 (fmt, ). Modified on 5/13/2005 (fmt, ). (Entered: 05/12/2005) |
| 05/13/2005 | 59 | Letter to Dr. Peter T. Dalleo from Josy W. Ingersoll regarding sealing of Affidavit of Michael Dempsey re 58 Affidavit,. (Ingersoll, Josy) (Entered: 05/13/2005) |
| 05/18/2005 | 60 | NOTICE OF SERVICE of Subpoenas by Versus Technology Inc.. (Lennon, James) (Entered: 05/18/2005) |
| 05/20/2005 | 61 | ORDER denying 35 Motion to Amend/Correct . Signed by Judge Sue L. Robinson on 5/19/05. (rld, ) (Entered: 05/20/2005) |
| 05/24/2005 | 62 | DEFICIENCY NOTICE by the Court issued to Christian Wright, Esq. re 58 Affidavit,, 56 Opening Brief in Support,, 57 Affidavit,. (fmt, ) |

| | | |
|---|---|---|
| | | (Entered: 05/24/2005) |
| 05/24/2005 | | (Court only) ***Deadlines terminated. (rld, ) (Entered: 05/24/2005) |
| 05/24/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 5/24/2005. Next discovery conference set for 6/21/05 at 5:00 p.m. (Court Reporter V. Gunning.) (rld, ) (Entered: 05/25/2005) |
| 05/25/2005 | | (Court only) ***Set Patent Case Flag (rbe, ) (Entered: 05/25/2005) |
| 05/25/2005 | | Set Deadlines/Hearings: Discovery Conference set for 6/21/2005 05:00 PM in Courtroom 6B before Honorable Sue L. Robinson. Set in court on 5/24/05. (rld, ) (Entered: 05/25/2005) |
| 05/25/2005 | 63 | REDACTED VERSION of 56 Opening Brief in Support, *Radianse's Motion to Dismiss for Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5,572,195 and RE36,791 or, With Leave of Court, for Partial Summary Judgment of Dismissal* by Radianse Inc.. (Attachments: # 1 Exhibit 1 - 3)(Wright, Christian) (Entered: 05/25/2005) |
| 05/25/2005 | 64 | REDACTED VERSION of 57 Affidavit, *Paul Tessier* by Radianse Inc.. (Wright, Christian) (Entered: 05/25/2005) |
| 05/25/2005 | 65 | REDACTED VERSION of 58 Affidavit, *Michael Dempsey* by Radianse Inc.. (Attachments: # 1 Exhibit 1)(Wright, Christian) (Entered: 05/25/2005) |
| 05/26/2005 | 66 | SEALED ANSWERING BRIEF in Opposition re 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc..Reply Brief due date per Local Rules is 6/3/2005. (Lennon, James) (Entered: 05/26/2005) |
| 05/26/2005 | 67 | REDACTED VERSION of 66 Answering Brief in Opposition, by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc.. (Attachments: # 1 Exhibit Timeline# 2 Exhibit US Patent No. Re. 36,791# 3 Exhibit US Patent No. 5,572,195# 4 Exhibit Answers of Defendant, Radianse, Inc. to Versus' First Set of Interrogatories# 5 Exhibit Unreported Case: 2005 WL 984362)(Lennon, James) (Entered: 05/26/2005) |
| 06/02/2005 | 68 | SEALED REPLY BRIEF re 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Radianse Inc.. (Ingersoll, Josy) (Entered: 06/02/2005) |
| 06/03/2005 | 69 | NOTICE OF SERVICE of Plaintiff's Responses to Radianse Inc.'s Third Set of Requests for Documents and Things (58-108) re 54 Notice of Service by Versus Technology Inc.. Related document: 54 Notice of Service filed by Radianse Inc.,.(Lennon, James) (Entered: 06/03/2005) |

| Date | # | Description |
|---|---|---|
| 06/13/2005 | 70 | TRANSCRIPT of Discovery Conference held on 5/24/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 06/13/2005) |
| 06/14/2005 | 71 | DEFICIENCY NOTICE by the Court issued to Josy Ingersoll re 68 Reply Brief, redacted copy of sealed document not filed with the court (fmt, ) (Entered: 06/14/2005) |
| 06/15/2005 | 72 | REDACTED VERSION of 68 Reply Brief, *In Support of Radianse's Motion to Dismiss for Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5,572,195 and RE36,791 or, With Leave of Court, For Partial Summary Judgment of Dismissal* by Radianse Inc.. (Attachments: # 1 Certificate of Service)(Mandalas, Glenn) (Entered: 06/15/2005) |
| 06/17/2005 | 73 | NOTICE OF SERVICE of Plaintiff's Preliminary Claims Construction List by Versus Technology Inc..(Lennon, James) (Entered: 06/17/2005) |
| 06/21/2005 | 74 | MOTION to Dismiss Based upon Lack of Standing - filed by Radianse Inc.. (Mandalas, Glenn) (Entered: 06/21/2005) |
| 06/21/2005 | 75 | SEALED OPENING BRIEF in Support re 74 MOTION to Dismiss Based upon Lack of Standing filed by Radianse Inc..Answering Brief/Response due date per Local Rules is 7/6/2005. (Attachments: # (1) Exhibit Exhibits A through C)(Mandalas, Glenn) Additional attachment(s) added on 6/22/2005 (fmt, ). Modified on 6/22/2005 (fmt, ). (Entered: 06/21/2005) |
| 06/21/2005 |  | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 6/21/2005. (Court Reporter V. Gunning.) (rld, ) (Entered: 06/21/2005) |
| 06/22/2005 | 76 | Letter to Rosanna DiMeo from Glenn C. Mandalas regarding requesting that public version of DI75 be removed from docket and replaced with sealed version re 75 Opening Brief in Support. (Mandalas, Glenn) (Entered: 06/22/2005) |
| 06/23/2005 |  | CORRECTING ENTRY: The SEALED Opening Brief in support of D.I. 74 filed on 6/22/05 with Letter (D.I. 76) has been deleted from the docket; The pdf attachment of the public version of the opening brief in support of D.I. 74 filed on 6/21/05 (D.I. 75) has been deleted and replaced with a "sealed document" sheet (fmt, ) (Entered: 06/23/2005) |
| 06/24/2005 | 77 | NOTICE to Take Deposition of Alan C. Heller on July 6, 2005 by Radianse Inc.. (Attachments: # 1 Exhibit 1 through 2)(Keller, Karen) (Entered: 06/24/2005) |
| 06/24/2005 | 78 | SEALED MOTION to Dismiss Based upon Lack of Standing - filed by Radianse Inc.. (Keller, Karen) Modified on 6/24/2005 (fmt, ). (Entered: 06/24/2005) |
| 06/24/2005 | 79 | SEALED OPENING BRIEF in Support re 78 MOTION to Dismiss Based upon Lack of Standing filed by Radianse Inc..Answering Brief/Response due date per Local Rules is 7/11/2005. (Keller, Karen) |

| | | |
|---|---|---|
| | | (Entered: 06/24/2005) |
| 06/27/2005 | 80 | REDACTED VERSION of 75 Opening Brief in Support, *of Radianse's Motion to Dismiss for Lack of Standing* by Radianse Inc.. (Attachments: # 1 Certificate of Service)(Mandalas, Glenn) (Entered: 06/27/2005) |
| 06/28/2005 | 83 | NOTICE of Withdrawal of Radianse's Motions to Dismiss Based Upon Lack of Standing (D.I. Nos. 55 and 74) by Radianse Inc. re 74 MOTION to Dismiss Based upon Lack of Standing, 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal (Mandalas, Glenn) (Entered: 06/28/2005) |
| 06/29/2005 | | CORRECTING ENTRY: D.I. 81 and 82 (sealed affidavits in support of D.I. 78) have been deleted. Counsel will be filing a notice of filing in place of these entries as the affidavits already appear on this docket as D.I. 64 and 65. (rld, ) (Entered: 06/29/2005) |
| 06/29/2005 | | (Court only) ***Motions terminated: 74 MOTION to Dismiss Based upon Lack of Standing filed by Radianse Inc.,, 55 MOTION to Dismiss Based upon Lack of Standing as to Versus' Claim of Infringement of U.S. Patents 5, 572,195 and RE36,791 or, with Leave of Court, for Partial Summary Judgment of Dismissal filed by Radianse Inc., PER D.I. 83. (rld, ) (Entered: 06/29/2005) |
| 06/29/2005 | 84 | NOTICE of presenting the previously docketed Affidavits of Paul Tessier & Michael Dempsey in Support of Radianse's Consolidated Motion to Dismiss by Radianse Inc. re 64 Redacted Document, 58 Affidavit,, 65 Redacted Document, 78 MOTION to Dismiss Based upon Lack of Standing, 57 Affidavit, (Mandalas, Glenn) (Entered: 06/29/2005) |
| 06/29/2005 | 85 | REDACTED VERSION of 79 Opening Brief in Support *of Radianse's Consolidated Motion to Dismiss for Lack of Standing* by Radianse Inc.. (Attachments: # 1 Certificate of Service)(Mandalas, Glenn) (Entered: 06/29/2005) |
| 07/01/2005 | 86 | TRANSCRIPT of Discovery Conf. held on 6/21/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 07/01/2005) |
| 07/07/2005 | 87 | REDACTED VERSION of 78 MOTION to Dismiss Based upon Lack of Standing by Radianse Inc.. (Attachments: # 1)(Mandalas, Glenn) (Entered: 07/07/2005) |
| 07/08/2005 | 88 | NOTICE of Deposition of Gary Gaisser by Radianse Inc. (Mandalas, Glenn) (Entered: 07/08/2005) |
| 07/11/2005 | 89 | SEALED ANSWERING BRIEF in Opposition re 78 MOTION to Dismiss Based upon Lack of Standing filed by Versus Technology Inc..Reply Brief due date per Local Rules is 7/18/2005. (Lennon, James) (Entered: 07/11/2005) |
| 07/11/2005 | 90 | REDACTED VERSION of 89 ANSWERING BRIEF in Opposition re |

|  |  |  |
|---|---|---|
|  |  | 78 MOTION to Dismiss Based upon Lack of Standing *PUBLICLY FILED REDACTED VERSION* filed by Versus Technology Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Lennon, James) Modified on 7/11/2005 (fmt, ). (Entered: 07/11/2005) |
| 07/12/2005 | 91 | NOTICE to Take Deposition of Michael Dempsey on August 2, 2005 by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc..(Lennon, James) Additional attachment(s) added on 7/12/2005 (fmt, ). (Entered: 07/12/2005) |
| 07/12/2005 | 92 | NOTICE to Take Deposition of Paul Tessier on July 20, 2005 by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc..(Lennon, James) Additional attachment(s) added on 7/12/2005 (fmt, ). (Entered: 07/12/2005) |
| 07/12/2005 |  | CORRECTING ENTRY: the pdf attachments to D.I. Nos. 91 and 92 have been replaced; the initial attachments were labeled confidential; D.I. Nos. 91 and 92 are not filed under seal (fmt, ) (Entered: 07/12/2005) |
| 07/12/2005 | 93 | NOTICE of Withdrawal of Christian Douglas Wright by Radianse Inc. (Mandalas, Glenn) (Entered: 07/12/2005) |
| 07/12/2005 |  | (Court only) *** Attorney Christian D. Wright terminated per D.I. 93 (fmt, ) (Entered: 07/12/2005) |
| 07/18/2005 | 94 | SEALED REPLY BRIEF re 78 MOTION to Dismiss Based upon Lack of Standing filed by Radianse Inc.. (Ingersoll, Josy) (Entered: 07/18/2005) |
| 07/21/2005 | 95 | MOTION to Strike 94 Reply Brief *or For Leave to File a Surreply* - filed by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc.. (Attachments: # (1) Exhibit Under Seal# 2 Exhibit Proposed Order)(Lennon, James) Additional attachment(s) added on 7/25/2005 (fmt, ). (Entered: 07/21/2005) |
| 07/25/2005 |  | CORRECTING ENTRY: the initial attachment for SEALED Exhibit 1 to D.I. 95 was incorrect; attachment has been deleted and replaced by SEALED DOCUMENT sheet (fmt, ) (Entered: 07/25/2005) |
| 08/02/2005 | 96 | DEFICIENCY NOTICE by the Court issued to Josy Ingersoll, Esq. re 94 Reply Brief; redacted copy of sealed document not received within 5 business days (fmt, ) (Entered: 08/02/2005) |
| 08/02/2005 | 97 | REDACTED VERSION of 94 Reply Brief *in Support of Radianse's Consolidated Motion to Dismiss for Lack of Standing* by Radianse Inc.. (Attachments: # 1 Certificate of Service)(Mandalas, Glenn) (Entered: 08/02/2005) |
| 08/03/2005 | 98 | NOTICE OF SERVICE of Plaintiff's Notice of Deposition of Steve Schiefen; Plaintiff's Notice of 30(b)(6) Deposition of Radianse; Plaintiff's Notice of Deposition of Kim Donovan; and Plaintiff's Notice of Deposition of John Pantano by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc.. |

| | | |
|---|---|---|
| | | (Lennon, James) (Entered: 08/03/2005) |
| 08/04/2005 | 99 | SEALED RESPONSE to Motion re 95 MOTION to Strike 94 Reply Brief *or For Leave to File a Surreply* filed by Radianse Inc.. (Mandalas, Glenn) (Entered: 08/04/2005) |
| 08/09/2005 | | Set Deadlines/Hearings: Discovery Conference set for 8/23/2005 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld, ) (Entered: 08/09/2005) |
| 08/09/2005 | 100 | NOTICE OF SERVICE of Radianse, Inc.'s Supplemental Answers to Versus' First Set of Interrogatories by Radianse Inc..(Mandalas, Glenn) (Entered: 08/09/2005) |
| 08/11/2005 | 101 | REPLY BRIEF re 95 MOTION to Strike 94 Reply Brief *or For Leave to File a Surreply* filed by Versus Technology Inc.. (Lennon, James) (Entered: 08/11/2005) |
| 08/12/2005 | 102 | REDACTED VERSION of 99 Response to Motion *to Strike Reply Brief or File Surreply* by Radianse Inc.. (Attachments: # 1 Certificate of Service)(Keller, Karen) (Entered: 08/12/2005) |
| 08/23/2005 | 103 | NOTICE OF SERVICE of Plaintiff's Supplemental Response to Defendant's First Set of Interrogatories and Versus's Second Set of Interrogatories (Nos. 4-9) by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc.. (Lennon, James) (Entered: 08/23/2005) |
| 08/23/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 8/23/2005. (Court Reporter V. Gunning.) (rld, ) (Entered: 08/24/2005) |
| 08/25/2005 | 104 | Letter to Chief Judge Robinson from James M. Lennon, Plaintiff's counsel regarding Enclosing letter from expert explaining specific tools requested for review of Radianse escrowed code and providing suggests for default standard for access to source code re Discovery Conference. (Attachments: # 1 Letter from Mr. Leipold, Plaintiff's software expert, to Chief Judge Robison explaining technical basis for specific tools requested with software escrow and proposing enhancements for the default standard for access to sourc code# 2 Letter from software escrow agent in support of Plaintiff's request)(Lennon, James) (Entered: 08/25/2005) |
| 08/25/2005 | 105 | TRANSCRIPT of Discovery Conference held on 8/23/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 08/25/2005) |
| 08/26/2005 | 106 | NOTICE of Withdrawal of Glenn C. Mandalas by Amberwave Systems Corporation, Sommer Bros. Seed Company, Thorp Seed Co., Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Alcatel USA Resources Inc., Alcatel Internetworking Inc., Dyson Technology Limited, Dyson Inc., Benitec Australia LTD., Garwood Seed |

|  |  |  |
|---|---|---|
|  |  | Co., Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co., JC Robinson Seeds, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Golden Harvest Seeds, Inc., Lucent Technologies, Inc., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Radianse Inc., Amazon.com Inc., Amazon Services Inc., Enzon Pharmaceuticals Inc., Olympus Corporation, Olympus America Inc., Sony Corporation, Sony Corp of America, Arlin M. Adams (Shaw, John) (Entered: 08/26/2005) |
| 08/26/2005 |  | (Court only) *** Attorney Glenn Christopher Mandalas terminated per D.I. 106 (fmt, ) (Entered: 08/29/2005) |
| 08/29/2005 |  | Set Deadlines/Hearings: Telephone Conference set for 9/1/2005 04:30 PM before Honorable Sue L. Robinson. Set in court on 8/23/05. (rld, ) (Entered: 08/29/2005) |
| 08/31/2005 |  | (Court only) ***Deadlines terminated. (rld, ) (Entered: 08/31/2005) |
| 09/09/2005 |  | (Court only) ***Deadlines terminated. (rld, ) (Entered: 09/09/2005) |
| 10/03/2005 | 107 | NOTICE OF SERVICE of Walter Leipold's Expert Report by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc..(Lennon, James) (Entered: 10/03/2005) |
| 10/27/2005 | 108 | NOTICE OF SERVICE of Plaintiff's Second Supplemental Response to Defendant's First Set of Interrogatories by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc..(Lennon, James) (Entered: 10/27/2005) |
| 11/04/2005 | 109 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Radianse's Claim Construction Brief* filed by Radianse Inc.. (Keller, Karen) (Entered: 11/04/2005) |
| 11/04/2005 | 110 | SEALED DECLARATION re 109 Claim Construction Opening Brief *Declaration of Sibley P. Reppert in Support of Radianse's Claim Construction Brief* by Radianse Inc.. (Keller, Karen) (Entered: 11/04/2005) |
| 11/04/2005 | 111 | CLAIM Construction Chart by Versus Technology Inc., Radianse Inc..(Lennon, James) (Entered: 11/04/2005) |
| 11/04/2005 | 112 | CLAIM CONSTRUCTION OPENING BRIEF filed by Versus Technology Inc.. (Attachments: # 1 Exhibit Exhibit A - Collegenet v. XAP (D. Or. Oct. 29, 2004)# 2 Exhibit Exhibit B - Excerpt from American Heritage College Dictionary (3rd. 2000)# (3) Exhibit Exhibit C - Declaration of Henry Tenarvitz# 4 Exhibit Exhibit D - Excerpt from Expert Report of Walter S. Leipold# 5 Exhibit Exhibit E - Excerpts from Prosecution History of '139 Patent)(Lennon, James) Additional attachment(s) added on 11/4/2005 (fmt, ). (Entered: 11/04/2005) |
| 11/04/2005 |  | CORRECTING ENTRY: Exhibit C to D.I. 112 was marked as confidential in error; the initial attachment has been deleted and the correct Exhibit C is now attached (fmt, ) (Entered: 11/04/2005) |

| | | |
|---|---|---|
| 11/14/2005 | 113 | REDACTED VERSION of 109 Claim Construction Opening Brief by Radianse Inc.. (Keller, Karen) (Entered: 11/14/2005) |
| 11/14/2005 | 114 | REDACTED VERSION of 110 Declaration *of Sibley P. Reppert in Support of Radianse's Claim Construction Brief* by Radianse Inc.. (Attachments: # 1 Exhibit A to B# 2 Exhibit C# 3 Exhibit D to I)(Keller, Karen) (Entered: 11/14/2005) |
| 11/18/2005 | 115 | SEALED (docket item contains sealed exhibits) CLAIM CONSTRUCTION ANSWERING BRIEF *Versus's Answer to Radianse's Claim Construction Brief D.I. 109* filed by Versus Technology Inc., Versus Technology Inc., Versus Technology Inc., Versus Technology Inc.. (Attachments: # 1 Exhibit 1 FILED UNDER SEAL# 2 Exhibit 2 FILED UNDER SEAL# 3 Exhibit 3 FILED UNDER SEAL)(Lennon, James) Modified on 11/18/2005 (fmt, ). Modified on 11/18/2005 (fmt, ). (Entered: 11/18/2005) |
| 11/18/2005 | | CORRECTING ENTRY: D.I. 115 has been linked to D.I. 109 (fmt, ) (Entered: 11/18/2005) |
| 11/18/2005 | 116 | CLAIM CONSTRUCTION ANSWERING BRIEF re 112 Claim Construction Opening Brief,, filed by Radianse Inc.. (Keller, Karen) (Entered: 11/18/2005) |
| 12/02/2005 | 117 | MOTION for Summary Judgment *of Non-Infringement and Patent Invalidity* - filed by Radianse Inc.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 12/02/2005) |
| 12/02/2005 | 118 | OPENING BRIEF in Support re 117 MOTION for Summary Judgment *of Non-Infringement and Patent Invalidity* filed by Radianse Inc..Answering Brief/Response due date per Local Rules is 12/16/2005. (Attachments: # 1 Exhibit A)(Keller, Karen) (Entered: 12/02/2005) |
| 12/02/2005 | 119 | AFFIDAVIT of Paul Tessier re 117 MOTION for Summary Judgment *of Non-Infringement and Patent Invalidity* filed by Radianse Inc.. (Keller, Karen) (Entered: 12/02/2005) |
| 12/02/2005 | 120 | Expert Report of Nathaniel M. Sims regarding non-infringement filed by Radianse Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C Part 1 of 2# 4 Exhibit C Part 2 of 2# 5 Exhibit D# 6 Exhibit E)(Keller, Karen) Modified on 12/4/2005 (fmt, ). (Entered: 12/02/2005) |
| 12/02/2005 | 121 | Expert Report of Nathaniel M. Sims filed by Radianse Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D Part 1 of 2# 5 Exhibit D Part 2 of 2# 6 Exhibit E# 7 Exhibit F Part 1 of 3# 8 Exhibit F Part 2 of 3# 9 Exhibit F Part 3 of 3)(Keller, Karen) (Entered: 12/02/2005) |
| 12/14/2005 | 122 | STIPULATION TO EXTEND TIME to extend time within which Defendant must file its Reply Brief in Support of its Motion for Summary Judgment to December 30, 2005 - filed by Versus Technology Inc., Radianse Inc.. (Keller, Karen) (Entered: 12/14/2005) |
| 12/16/2005 | | SO ORDERED, re 122 STIPULATION TO EXTEND TIME to extend |

|  |  |  |
|---|---|---|
|  |  | time within which Defendant must file its Reply Brief in Support of its Motion for Summary Judgment to December 30, 2005 filed by Versus Technology Inc.,, Radianse Inc.,, Set Briefing Schedule: Reply Brief due 12/30/2005. Signed by Judge Sue L. Robinson on 12/16/05. (rld, ) (Entered: 12/16/2005) |
| 12/16/2005 | 123 | SEALED APPENDIX to D.I. 124 Versus's Brief In Opposition to Radianse's Motion for Summary Judgment by Versus Technology Inc.. (Lennon, James) Modified on 12/16/2005 (fmt, ). (Entered: 12/16/2005) |
| 12/16/2005 | 124 | ANSWERING BRIEF in Opposition re 117 MOTION for Summary Judgment *of Non-Infringement and Patent Invalidity* filed by Versus Technology Inc..Reply Brief due date per Local Rules is 12/23/2005. (Lennon, James) (Entered: 12/16/2005) |
| 12/16/2005 |  | CORRECTING ENTRY: D.I. 123 has been linked to D.I. 124 (fmt, ) (Entered: 12/16/2005) |
| 12/21/2005 | 125 | REDACTED VERSION of 123 Appendix *to Versus Brief in Opposition to Radianse's Motion for Summary Judgment* by Versus Technology Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Lennon, James) (Entered: 12/21/2005) |
| 12/30/2005 | 126 | REPLY BRIEF re 117 MOTION for Summary Judgment *of Non-Infringement and Patent Invalidity Reply Brief in Support of Radianse's Motion for Summary Judgment* filed by Radianse Inc.. (Keller, Karen) (Entered: 12/30/2005) |
| 12/30/2005 | 127 | AFFIDAVIT of Nathaniel M. Sims re 126 Reply Brief *in Support of Radianse's Motion for Summary Judgment* filed by Radianse Inc.. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Keller, Karen) (Entered: 12/30/2005) |
| 12/30/2005 |  | Counsel is hereby notified to view Chief Judge Robinson's website for the most recent version of the Scheduling Order for patent cases noting the revisions/additions to paragraphs numbered 7 and 8(c). (Visit www.ded.courts.gov following these links: Chambers of Chief Judge Robinson; Forms; Scheduling Orders; Patent.) (rld, ) (Entered: 12/30/2005) |
| 01/03/2006 | 128 | MOTION to Strike 127 Affidavit *and to Strike and Preclude Unproduced Documents* - filed by Versus Technology Inc.. (Attachments: # 1 Text of Proposed Order)(Lennon, James) (Entered: 01/03/2006) |
| 01/19/2006 | 129 | MOTION for Joinder *of a Necessary Party* - filed by Versus Technology Inc.. (Attachments: # 1 Exhibit 1 (Aspex case)# 2 Exhibit 2 (Amended Complaint)# 3 Exhibit 3 (Redlined Version of Amended Complaint)) (Lennon, James) (Entered: 01/19/2006) |
| 01/19/2006 | 130 | NOTICE OF SERVICE of Notice of Deposition of Dr. Nathaniel Sims by Versus Technology Inc..(Lennon, James) (Entered: 01/19/2006) |
| 01/20/2006 | 131 | Joint STIPULATION TO EXTEND TIME to file and serve Answering |

|  |  |  |
|---|---|---|
|  |  | Brief in Opposition to Versus's Motion to Strike and Preclude the Affidavit and Unproduced Documents filed with Radianse's Reply Brief in Support of its Motion for Summary Judgment to January 23, 2006 - filed by Versus Technology Inc., Radianse Inc.. (Keller, Karen) (Entered: 01/20/2006) |
| 01/20/2006 |  | SO ORDERED, re 131 Joint STIPULATION TO EXTEND TIME to file and serve Answering Brief in Opposition to Versus's Motion to Strike and Preclude the Affidavit and Unproduced Documents filed with Radianse's Reply Brief in Support of its Motion for Summary Judgment t filed by Versus Technology Inc.,, Radianse Inc.,, Set Briefing Schedule: Answering Brief due 1/23/2006. Signed by Judge Sue L. Robinson on 1/20/06. (rld, ) (Entered: 01/20/2006) |
| 01/23/2006 | 132 | ANSWERING BRIEF in Opposition re 128 MOTION to Strike 127 Affidavit *and to Strike and Preclude Unproduced Documents* filed by Radianse Inc..Reply Brief due date per Local Rules is 1/30/2006. (Keller, Karen) (Entered: 01/23/2006) |
| 01/26/2006 | 133 | ANSWERING BRIEF in Opposition re 129 MOTION for Joinder *of a Necessary Party* filed by Radianse Inc..Reply Brief due date per Local Rules is 2/2/2006. (Ingersoll, Josy) (Entered: 01/26/2006) |
| 01/27/2006 |  | Minute Entry for proceedings held before Judge Sue L. Robinson : Oral Argument held on 1/27/2006 re all pending motions. (Court Reporter V. Gunning.) (rld, ) (Entered: 01/27/2006) |
| 01/27/2006 |  | (Court only) ***Deadlines terminated. (rld, ) (Entered: 01/27/2006) |
| 01/30/2006 | 134 | REPLY BRIEF re 128 MOTION to Strike 127 Affidavit *and to Strike and Preclude Unproduced Documents* filed by Versus Technology Inc.. (Attachments: # 1 Exhibit 1 (Sims Tr.)# 2 Exhibit 2 (3-24-05 Interrog. Answers)# 3 Exhibit 3 (8-9-05 Interrog. Answers)# 4 Exhibit 4 (10-18-05 Interrog. Answers)# 5 Exhibit 5 (Sims Designation Ltr)# 6 Exhibit 6 (8-25-05 Ltr))(Lennon, James) (Entered: 01/30/2006) |
| 02/01/2006 | 135 | TRANSCRIPT of Oral Argument held on 1/27/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 02/01/2006) |
| 02/02/2006 | 136 | REPLY BRIEF re 129 MOTION for Joinder *of a Necessary Party* filed by Versus Technology Inc.. (Lennon, James) (Entered: 02/02/2006) |
| 02/03/2006 | 137 | NOTICE OF SERVICE of Notice of Deposition of Julie Davis by Versus Technology Inc..(Lennon, James) (Entered: 02/03/2006) |
| 02/03/2006 | 138 | NOTICE OF SERVICE of Notice of Deposition of Dr. Jim Welch by Versus Technology Inc..(Lennon, James) (Entered: 02/03/2006) |
| 02/15/2006 | 139 | SEALED MOTION for Leave to File *Supplemental Memorandum in Support of Radianse's Motions for Summary Judgment and to Dismiss for Lack of Standing* - filed by Radianse Inc.. (Attachments: # (1) Text of Proposed Order # (2) Exhibit Rule 7.1.1 Statement# (3) Exhibit 1# (4) Exhibit A# (5) Exhibit B)(Ingersoll, Josy) Additional attachment(s) added |

| | | |
|---|---|---|
| | | on 2/16/2006 (rld, ). Modified on 2/16/2006 (rld, ). (Entered: 02/15/2006) |
| 03/01/2006 | 140 | ANSWERING BRIEF in Opposition re 139 MOTION for Leave to File *Supplemental Memorandum in Support of Radianse's Motions for Summary Judgment and to Dismiss for Lack of Standing* filed by Versus Technology Inc..Reply Brief due date per Local Rules is 3/8/2006. (Lennon, James) (Entered: 03/01/2006) |
| 03/07/2006 | 141 | REDACTED VERSION of 139 MOTION for Leave to File *Supplemental Memorandum in Support of Radianse's Motions for Summary Judgment and to Dismiss for Lack of Standing* by Radianse Inc., Radianse Inc., Radianse Inc., Radianse Inc., Radianse Inc., Radianse Inc.. (Norman, Elena) (Entered: 03/07/2006) |
| 03/08/2006 | 142 | NOTICE of Waiver to file Reply Brief by Radianse Inc. re 139 MOTION for Leave to File *Supplemental Memorandum in Support of Radianse's Motions for Summary Judgment and to Dismiss for Lack of Standing* (Squire, Monte) (Entered: 03/08/2006) |
| 03/28/2006 | | Reset Scheduling Order Deadlines: Pretrial Conference reset for 5/1/2006 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld, ) (Entered: 03/28/2006) |
| 03/30/2006 | 143 | Letter to The Honorable Sue L. Robinson from Josy W. Ingersoll, Esquire regarding a trial scheduling issue. (Attachments: # 1 Exhibit Letter from Sibley Reppert, Esq.)(Ingersoll, Josy) (Entered: 03/30/2006) |
| 04/04/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Telephone Conference held on 4/4/2006. Counsel to confirm with court if the revised proposed trial schedule is acceptable. (Court Reporter V. Gunning.) (rld, ) (Entered: 04/17/2006) |
| 04/26/2006 | 144 | Joint MOTION for Settlement *and Consent Judgment and Order* - filed by Versus Technology Inc., Radianse Inc.. (Attachments: # 1 Text of Proposed Order)(Lennon, James) (Entered: 04/26/2006) |
| 04/27/2006 | 145 | CONSENT JUDGMENT in favor of pltf. Versus Technology, Inc. and against Radianse, Inc. U.S. PATENTS '139, '791, '195, and '314 REMAIN VALID AND LEGALLY ENFORCEABLE. (CASE CLOSED) Signed by Judge Sue L. Robinson on 4/26/06. (rld, ) (Entered: 04/27/2006) |
| 04/28/2006 | 146 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,027,314; 5,572,195; 6,154,139; Re 36,791; (Attachments: # 1 Consent Judgment) (rld, ) (Entered: 04/28/2006) |