OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 27, 2007

Gerard M. O'Rourke, ESQ.
Womble Carlyle Sandridge & Rice
Email:gorourke@wcsr.com

RE: **Versus Technology v. Radianse Inc..**
    Civ. No. 04-cv-1231-SLR

Dear Counsel:

  Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   66,89,95,115,123.

  A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

  I hereby acknowledge receipt of the above mentioned documents

on   8/27/07   .

_____
Signature