OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August 29, 2007*

Josy W. Ingersoll, ESQ.
Young, Conaway, Stargatt & Taylor, LLP
Email: jingersoll@ycst.com

    RE:  **Versus Technology v. Radianse Inc..**
            Civ. No. 04-cv-1231-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable
Sue L. Robinson, the following documents are herewith being
returned to you:

ITEMS:    44,56,57,58,68,75,78,79,94,99,109,110,139.

    A copy of the signed acknowledgment has been attached for
your records.

                    Sincerely,

                    Peter T. Dalleo, Clerk
                    By: _Evette Wats_

    I hereby acknowledge receipt of the above mentioned
documents

on ____ **AUG 3 0 2007** .

                 _Jon Durandette_
                 Signature